UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903<br><br>This Document Relates to: ALL CASES<br><br>Hon. Geoffrey W. Crawford |

**DEFENDANTS' COMPENDIUM OF EVIDENCE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants") hereby respectfully submit this Compendium of Evidence in support of its Opposition to Plaintiffs' Motion for Class Certification.

| **EXPERT REPORTS** | |
|---|---|
| *Expert Report of Dr. Ran Kivetz | |
| *Expert Rebuttal Report of Peter Rossi, Ph.D. | |
| Expert Rebuttal Report of Olivier Toubia, Ph.D. | |
| **DECLARATIONS** | |
| Declaration of Adrianne E. Marshack ("Marshack Decl.") (Exs. 1-111) | |
| Declaration of Sarah Ford ("Ford Decl.") (Exs. 112-114) | |
| **EXHIBITS** | |

| Ex. | Exhibit Description | Authenticating Declaration |
|---|---|---|
| 1 | Anthony DeSimone Deposition Transcript Excerpts ("DeSimone Depo.") | Marshack Decl. ¶ 4 |
| 2* | Sarah Ford Deposition Transcript Excerpts, Volume I ("Ford Depo.") | Marshack Decl. ¶ 5 |
| 3* | Sarah Ford Deposition Transcript Excerpts, Volume II ("Ford Depo. Vol. II") | Marshack Decl. ¶ 6 |
| 4* | Catherine "Kitty" Pilarz Deposition Transcript Excerpts ("Pilarz Depo.") | Marshack Decl. ¶ 7 |
| 5* | Chuck Scothon Deposition Transcript Excerpts ("Scothon Depo.") | Marshack Decl. ¶ 8 |
| 6* | Deirdre Stephens Deposition Transcript Excerpts ("Stephens Depo.") | Marshack Decl. ¶ 9 |
| 7* | Elizabeth Alfaro Deposition Transcript Excerpts ("Alfaro") | Marshack Decl. ¶ 10 |
| 8* | Emily Barton Deposition Transcript Excerpts ("Barton") | Marshack Decl. ¶ 11 |
| 9* | Linda Black Deposition Transcript Excerpts ("Black") | Marshack Decl. ¶ 12 |
| 10* | Luke Cuddy Deposition Transcript Excerpts ("Cuddy") | Marshack Decl. ¶ 13 |
| 11* | Rebecca Drover Deposition Transcript Excerpts ("Drover") | Marshack Decl. ¶ 14 |
| 12* | Megan Fieker Deposition Transcript Excerpts ("Fieker") | Marshack Decl. ¶ 15 |
| 13* | Karen Flores Deposition Transcript Excerpts ("Flores") | Marshack Decl. ¶ 16 |
| 14* | Nancy Hanson Deposition Transcript Excerpts ("Hanson") | Marshack Decl. ¶ 17 |

| Ex. | Exhibit Description | Authenticating Declaration |
|---|---|---|
| 15* | Jena Huey Deposition Transcript Excerpts, Volumes 1 and 2 ("Huey") | Marshack Decl. ¶ 18 |
| 16* | Samantha Jacoby Deposition Transcript Excerpts ("Jacoby") | Marshack Decl. ¶ 19 |
| 17* | Megan Kaden Deposition Transcript Excerpts, Volumes 1, 2, and 3 ("Kaden") | Marshack Decl. ¶ 20 |
| 18* | Kerry Mandley Deposition Transcript Excerpts ("Mandley") | Marshack Decl. ¶ 21 |
| 19* | Cassandra Mulvey Deposition Transcript Excerpts ("Mulvey") | Marshack Decl. ¶ 22 |
| 20* | Joshua Nadel Deposition Transcript Excerpts ("Nadel") | Marshack Decl. ¶ 23 |
| 21* | Melanie Nowlin Deposition Transcript Excerpts ("Nowlin") | Marshack Decl. ¶ 24 |
| 22 | Daniel Pasternacki Deposition Transcript Excerpts ("Pasternacki") | Marshack Decl. ¶ 25 |
| 23* | Jessie Poppe Deposition Transcript Excerpts ("Poppe") | Marshack Decl. ¶ 26 |
| 24* | Katherine Shaffer Deposition Transcript Excerpts ("Shaffer") | Marshack Decl. ¶ 27 |
| 25* | Emily Simmonds Deposition Transcript Excerpts ("Simmonds") | Marshack Decl. ¶ 28 |
| 26* | Josie Willis Deposition Transcript Excerpts ("Willis") | Marshack Decl. ¶ 29 |
| 27* | Renee Wray Deposition Transcript Excerpts ("Wray") | Marshack Decl. ¶ 30 |
| 28 | Colin Weir Deposition Transcript Excerpts ("Weir") | Marshack Decl. ¶ 31 |
| 29 | Plaintiffs' Deposition Exhibit 4 (FSHR0011663-11664) | Marshack Decl. ¶ 33 |
| 30 | Plaintiffs' Deposition Exhibit 6 (FSHR0005241, FSHR0005282, FSHR0005250, FSHR0005258) | Marshack Decl. ¶ 34 |
| 31* | Plaintiffs' Deposition Exhibit 11 (FSHR0004127-4149) | Marshack Decl. ¶ 35 |
| 32* | Plaintiffs' Deposition Exhibit 13 (FSHR0049280-49286) | Marshack Decl. ¶ 36 |
| 33* | Plaintiffs' Deposition Exhibit 9 (FSHR0003862-3864) | Marshack Decl. ¶ 37 |
| 34* | Plaintiffs' Deposition Exhibit 17 (FSHR0028358-28360, FSHR0028720-28724) | Marshack Decl. ¶ 38 |
| 35* | Plaintiffs' Deposition Exhibit 19 (FSHR0024684-24691) | Marshack Decl. ¶ 39 |
| 36* | Plaintiffs' Deposition Exhibit 22 (FSHR0047936-47937) | Marshack Decl. ¶ 40 |
| 37 | Plaintiffs' Deposition Exhibit 25 (FSHR0064165-64176) | Marshack Decl. ¶ 41 |
| 38* | Plaintiffs' Deposition Exhibit 53 (FSHR0001277) | Marshack Decl. ¶ 42 |
| 39 | Plaintiffs' Deposition Exhibit 60 (FSHR0005658, FSHR0005664, FSHR0005667, FSHR0005673, FSHR0005679) | Marshack Decl. ¶ 43 |
| 40 | Plaintiffs' Deposition Exhibit 66 (FSHR0011934) | Marshack Decl. ¶ 44 |
| 41* | Plaintiffs' Deposition Exhibit 67 (FSHR0061936-61968) | Marshack Decl. ¶ 45 |
| 42* | Plaintiffs' Deposition Exhibit 68 (FSHR0058028-58029) | Marshack Decl. ¶ 46 |
| 43* | Plaintiffs' Deposition Exhibit 81 (FSHR0048655-48675) | Marshack Decl. ¶ 47 |

| Ex. | Exhibit Description | Authenticating Declaration |
|---|---|---|
| 44 | Plaintiffs' Deposition Exhibit 82 | Marshack Decl. ¶ 48 |
| 45* | Plaintiffs' Deposition Exhibit 84 (FSHR0028720-28724) | Marshack Decl. ¶ 49 |
| 46 | Defendants' Deposition Exhibit 12 (Willis00000001-03) | Marshack Decl. ¶ 50 |
| 47* | Defendants' Deposition Exhibit 15 (Willis00000004-05) | Marshack Decl. ¶ 51 |
| 48 | Defendants' Deposition Exhibit 25 (Poppe00000004) | Marshack Decl. ¶ 52 |
| 49 | Defendants' Deposition Exhibit 25-A | Marshack Decl. ¶ 53 |
| 50* | Defendants' Deposition Exhibit 34 (Cuddy00000001) | Marshack Decl. ¶ 54 |
| 51 | Defendants' Deposition Exhibit 38 | Marshack Decl. ¶ 55 |
| 52* | Defendants' Deposition Exhibit 40 (Shaffer00000001) | Marshack Decl. ¶ 56 |
| 53 | Defendants' Deposition Exhibit 52 (Fieker00000001-02) | Marshack Decl. ¶ 57 |
| 54* | Defendants' Deposition Exhibit 69 (Flores0000001) | Marshack Decl. ¶ 58 |
| 55* | Defendants' Deposition Exhibit 70 (Flores00000022-25) | Marshack Decl. ¶ 59 |
| 56 | Defendants' Deposition Exhibit 71 (Flores00000026) | Marshack Decl. ¶ 60 |
| 57* | Defendants' Deposition Exhibit 90 (Flores00000028-29) | Marshack Decl. ¶ 61 |
| 58* | Defendants' Deposition Exhibit 94 (Pasternacki00000001-02) | Marshack Decl. ¶ 62 |
| 59* | Defendants' Deposition Exhibit 95 (Pasternacki00000048-54) | Marshack Decl. ¶ 63 |
| 60 | Defendants' Deposition Exhibit 100 (Pasternacki00000005-21) | Marshack Decl. ¶ 64 |
| 61* | Defendants' Deposition Exhibit 101 (Pasternacki00000003) | Marshack Decl. ¶ 65 |
| 62* | Defendants' Deposition Exhibit 105 (Alfaro00000001) | Marshack Decl. ¶ 66 |
| 63 | Defendants' Deposition Exhibit 108 | Marshack Decl. ¶ 67 |
| 64* | Defendants' Deposition Exhibit 110 (Jacoby00000001-02) | Marshack Decl. ¶ 68 |
| 65* | Defendants' Deposition Exhibit 111 (Jacoby0000005-06) | Marshack Decl. ¶ 69 |
| 66 | Defendants' Deposition Exhibit 114 | Marshack Decl. ¶ 70 |
| 67* | Defendants' Deposition Exhibit 118 (Jacoby00000003-04) | Marshack Decl. ¶ 71 |
| 68* | Defendants' Deposition Exhibit 124 (Drover00000001-03) | Marshack Decl. ¶ 72 |
| 69* | Defendants' Deposition Exhibit 128 (Simmonds00000007-10) | Marshack Decl. ¶ 73 |
| 70* | Defendants' Deposition Exhibit 129 (Simmonds00000015) | Marshack Decl. ¶ 74 |
| 71* | Defendants' Deposition Exhibit 130 (Simmonds00000001) | Marshack Decl. ¶ 75 |
| 72* | Defendants' Deposition Exhibit 140 (Barton00000002) | Marshack Decl. ¶ 76 |
| 73* | Defendants' Deposition Exhibit 152 (Kaden00000001-02) | Marshack Decl. ¶ 77 |
| 74* | Defendants' Deposition Exhibit 157 (Huey00000001) | Marshack Decl. ¶ 78 |
| 75* | Defendants' Deposition Exhibit 158 | Marshack Decl. ¶ 79 |
| 76* | Defendants' Deposition Exhibit 159 | Marshack Decl. ¶ 80 |

| Ex. | Exhibit Description | Authenticating Declaration |
|---|---|---|
| 77 | Defendants' Deposition Exhibit 164 | Marshack Decl. ¶ 81 |
| 78 | Defendants' Deposition Exhibit 168 | Marshack Decl. ¶ 82 |
| 79* | "Premium Baby Gear Segmentation – Topline Insights from Phase 1 Qualitative" (December 18, 2018) (FSHR0017737-17747) | Marshack Decl. ¶ 160 |
| 80 | Mintel – Baby Durables US Survey (April 2016) | Marshack Decl. ¶ 161 |
| 81 | Docket from *Patton v. Topps Meat Co., LLC*, No. 07-CV-00654(S)(M), 2010 WL 9432381, *8 (W.D.N.Y. May 27, 2010) ("*Patton*") | Marshack Decl. ¶ 162 |
| 82 | **Blog Post**: "A Busy Mommy – My Baby Slept" http://abusymommy.com/2010/02/my-baby-slept-fisher-price-rock-n-play-sleeper-review/ ("My Baby Slept") | Marshack Decl. ¶ 146 |
| 83 | **Blog Post**: "Beauty, Baby, and a Budget" http://www.whitjxoxo.com/2017/02/07/my-favorite-products-for-new-moms/ ("Beauty, Baby, and Budget") | Marshack Decl. ¶ 146 |
| 84 | **Blog Post**: "Being Mrs. Beer – Life. Love. Parenting" https://www.beingmrsbeer.com/mom-baby-must-haves-babbleboxx/ ("Being Mrs. Beer") | Marshack Decl. ¶ 146 |
| 85 | **Blog Post**: "Chit Chat Mom – Travel. Entertainment. Parenting and Much More!" https://www.chitchatmom.com/2017/01/the-best-products-for-new-moms.html ("Chit Chat Mom") | Marshack Decl. ¶ 146 |
| 86 | **Blog Post**: "Clarks Condensed" https://www.clarkscondensed.com/products-i-wish-i-had-with-first-baby/ ("Clarks Condensed") | Marshack Decl. ¶ 146 |
| 87 | **Blog Post**: "Fresh Mommy Blog x Tabitha Blue" https://freshmommyblog.com/babbleboxx-unboxing/ ("Fresh Mommy Blog") | Marshack Decl. ¶ 146 |
| 88 | **Blog Post**: "GenPink – Gen Y gals sharing their lives about travel, fitness, family, events and more" https://www.genpink.com/babybabbleboxx/ ("GenPink") | Marshack Decl. ¶ 146 |
| 89 | **Blog Post**: "Grrfeisty" https://grrfeisty.com/2017/02/adorable-gifts-for-new-mom-and-baby.html ("GrrFeisty") | Marshack Decl. ¶ 146 |
| 90 | **Blog Post**: "It Starts with Coffee – Blog by Neely Moldovan – Lifestyle, Beauty, Motherhood, Wellness, Travel" https://www.itstartswithcoffee.com/babbleboxx-review/ ("It Starts with Coffee") | Marshack Decl. ¶ 146 |
| 91 | **Blog Post**: "Kaylee Eylander – Recipes | DIY | Baby | Family" https://www.kayleeeylander.com/DIY-tips/newborn-mommy-survival-kit-babygear-review/ ("Kaylee Eylander") | Marshack Decl. ¶ 146 |
| 92 | **Blog Post**: "Love Inc." https://loveincmag.com/bump-baby-must-products-get-early-years/ ("Love Inc.") | Marshack Decl. ¶ 146 |

| Ex. | Exhibit Description | Authenticating Declaration |
|---|---|---|
| 93 | **Blog Post**: "Malory Anne – Reason to Anchor" http://www.maloryanne.com/2017/02/the-best-mom-baby-essentials.html  ("Malory Anne") | Marshack Decl. ¶ 146 |
| 94 | **Blog Post**: "Mama Knows It All" https://mamaknowsitall.com/best-baby-products/ ("Mama Knows It All") | Marshack Decl. ¶ 146 |
| 95 | **Blog Post**: "Much Most Darling – Realistic, Sustainable & Vegan Motherhood Through the Eyes of a Boy Mom" https://www.muchmostdarling.com/2017/02/4th-trimester-favorites-baby-toddler-mom.html ("Much Most Darling") | Marshack Decl. ¶ 146 |
| 96 | **Blog Post**: "Must Have Mom – Having It All and Showing You How"  ("Must Have Mom") | Marshack Decl. ¶ 146 |
| 97 | **Blog Post**: "My Life As A Southern Mother" http://www.asouthernmother.com/2017/02/great-baby-shower-gifts-for-every-budget.html ("Southern Mom") | Marshack Decl. ¶ 146 |
| 98 | **Blog Post**: "Nashville Wifestyles" https://nashvillewifestyles.com/best-gift-ideas-new-mom-coming-lady-just-baby/ ("Nashville Wifestyles") | Marshack Decl. ¶ 146 |
| 99 | **Blog Post**: "New Age Mama – Reviews & Giveaways" http://newagemama.blogspot.com/2010/02/fisher-price-rock-n-play-sleeper-review.html ("New Age Mama") | Marshack Decl. ¶ 146 |
| 100 | **Blog Post**: "Paperclips & Pacis – Balancing Business & Family" http://www.lindsaytampabay.com/fisher-price-my-little-snuggabunny-rock-n-play-sleeper/ ("Paperclips & Pacis") | Marshack Decl. ¶ 146 |
| 101 | **Blog Post**: "Pulling Curls – Pregnancy & Home Life Untangled" https://www.pullingcurls.com/new-baby-needs-vs-wants/ ("Pulling Curls") | Marshack Decl. ¶ 146 |
| 102 | **Blog Post**: "Shop Girl Daily" https://www.shopgirldaily.com/the-best-brands-new-moms-need-to-know/ ("Shop Girl Daily") | Marshack Decl. ¶ 146 |
| 103 | **Blog Post**: "The Tip Toe Fairy" https://thetiptoefairy.com/must-haves-goodies-for-the-new-mom-from-babbleboxx/  ("Tip Toe Fairy") | Marshack Decl. ¶ 146 |
| 104 | December 9, 2019 Status Conference Transcript | Marshack Decl. ¶ 163 |
| 105 | Defendants' Deposition Exhibit 33 (Cuddy Complaint) | Marshack Decl. ¶ 83 |
| 106 | Defendants' Deposition Exhibit 77 (Mandley00000001-10) | Marshack Decl. ¶ 84 |
| 107 | Defendants' Deposition Exhibit 26-A | Marshack Decl. ¶ 85 |
| 108 | Defendants' Deposition Exhibit 26-B | Marshack Decl. ¶ 86 |
| 109 | Defendants' Deposition Exhibit 41 | Marshack Decl. ¶ 87 |
| 110 | Defendants' Deposition Exhibit 53 | Marshack Decl. ¶ 88 |
| 111 | Defendants' Deposition Exhibit 57 | Marshack Decl. ¶ 89 |

5

| Ex. | Exhibit Description | Authenticating Declaration |
|---|---|---|
| 112 | Examples of Rock 'n Play Sleeper Packaging | Ford Decl. ¶ 28 |
| 113* | Advertising Spend Spreadsheet (FSHR0012775) | Ford Decl. ¶ 31 |
| 114 | Examples of Rock 'n Play Sleeper Point-of-Purchase Cards | Ford Decl. ¶ 34 |

**\* = Filed Conditionally Under Seal (or portions thereof)**

Dated: June 16, 2021

Respectfully submitted,
By: */s/ Adrianne E. Marshack*
    Adrianne E. Marshack

**MANATT, PHELPS & PHILLIPS, LLP**
CRAIG J. DE RECAT (Bar No. CA 105567)
 Email: *cderecat@manatt.com*
MATTHEW P. KANNY (Bar No. CA 167118)
 Email: *mkanny@manatt.com*
ADRIANNE E. MARSHACK (Bar No. CA 253682)
 Email: *amarshack@manatt.com*
2049 Century Park East, # 1700
Los Angeles, CA 90067
D (310) 312-4000
F (310) 312-4224

**GOLDBERG SEGALLA, LLP**
Cheryl A. Possenti
 Email: *cpossenti@goldbergsegalla.com*
65 Main Street
Buffalo, NY 14203
(716) 566-5400

Patrick B. Naylon
 Email: *pnaylon@goldbergsegalla.com*
2 State St., Suite 1200
Rochester, New York 14614
(585) 295-5400

Attorneys for Defendants
FISHER-PRICE, INC., and MATTEL, INC.