# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903 <br><br> Hon. Geoffrey W. Crawford |

## DECLARATION OF JEANNE C. FINEGAN, APR
## OF KROLL SETTLEMENT ADMINISTRATION LLC
## IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT

## INTRODUCTION

1.      I am the Managing Director and Head of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the Settlement Administrator appointed in the above-captioned Action. This declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2.      Kroll was appointed as the Settlement Administrator to, among other tasks, develop and implement a Notice Plan to the Class (the "Notice Plan") that was reasonably calculated to provide notice to eligible Claimants in connection with the Settlement.

3.      I previously provided a declaration in connection with this matter. *See* ECF No. 349-7, Declaration of Jeanne C. Finegan, APR Concerning Proposed Notice Plan, filed on July 24, 2024.

4.      This declaration is submitted in connection with final approval of the Settlement and provides a report to the Court on the successful implementation of the Notice Plan, which commenced on

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Settlement Agreement entered into in this Action.

September 6, 2024 and was substantially completed on October 9, 2024. As detailed further below, Kroll has continued and continues to provide Direct Notice to newly identified Settlement Class Members as well as remail undeliverable notices to updated addresses where available or upon identifying an updated address through an advanced address search. Through a combination of direct mail and email, online display and social media advertising, and influencer posting, the Notice Plan is estimated to have reached over 95% of potential Settlement Class Members,[2] on average 4.5 times.

## BACKGROUND

5.    Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with the Settlement Agreement entered into in this Action. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Customer Contact Information from various sources; (c) creating a Settlement Website with online Claim filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Direct Notice via first-class mail; (g) preparing and sending the Direct Notice via email; (h) establishing a method to receive and respond to Settlement Class Member emailed inquiries; (i) implementing a media campaign including online banners, social media ads, key word search, influencer posts and press releases; (j) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (k) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (l) receiving and processing Claim Forms; (m) receiving and

---

[2] As previously detailed in my first declaration, according to Fisher-Price's manufacturing label, the RNPS products are only suitable for newborns. Therefore, the closest media definition proxy is parents with children under the age of one. The Notice Plan therefore focused outreach to an audience of adults who are 25 to 44 years of age, as well as grandparents and, more generally, women who are over the age of 25. In formulating the targeting assumptions, the Notice Plan was guided by media research data from MRI-Simmons Research ("MRI"), which reports that nearly 70% of parents who have children living in their home are between the ages of 25 to 44, and 78% of parents with children under the age of one are 25 to 44 years of age.

processing Requests for Exclusion; and (n) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM AS IMPLEMENTED

## THE CAFA MAILING

6.      As noted above, on behalf of the Defendants, Kroll provided notice of the proposed Settlement pursuant to the Class Action Fairness Act 28, U.S.C. §1715(b) ("the CAFA Notice"). At the direction of Counsel for the Defendants, on August 2, 2024, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-five (55) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B**, and (c) via email to the Nevada Attorney General. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

## DATA AND CASE SETUP

7.      On August 16, 2024, Kroll received one (1) data file of *Target* Customer Contact Information from Target's counsel. On August 19, 2024, Kroll received one (1) data file of *buybuy BABY* Customer Contact Information from the Plaintiffs. On August 22, 2024, Kroll received four (4) data files of *Mattel* Customer Contact Information from the Defendants. Commencing on September 23, 2024, Kroll began receiving monthly lists from the Defendants of additional recall participants ("Monthly Recall Participant Lists"), of which five (5) lists have been received to date.[3] Kroll undertook several steps to

---

[3] On January 8, 2025, counsel for Walmart, another RNPS retailer, provided two (2) data files of customer data. One file contained 882,100 records for online sales between February 2018 and April 2019. The other file contained 18,155 records for store sales between April 2018 and August 2019. On January 31, 2025, Walmart's counsel confirmed that the data provided was potentially inaccurate and further analysis by Walmart would be required before any further action could commence. Kroll has not yet received the corrected data.

reconcile these various lists and compile the eventual "Class List" for Direct Notice. These records were cleaned, normalized, duplicate records were removed per Customer Contact Information source, and rolled-up to create the Class List. The *Target* data file contained 19,825 records from which 100 duplicate records were removed resulting in 19,725 unique records: 18,845 records with an email address and 880 records with only a mailing address. The *buybuy BABY* data file contained 200,606 records from which 102,966 duplicate records were removed resulting in 97,640 unique records: 95,894 records with an email address, 1,744 records with only a mailing address, and two (2) records with neither. The *Mattel* data files contained 2,906,193 records from which 1,844,149 duplicate records were removed resulting in 1,062,044 unique records: 821,903 records with an email address, 238,644 records with only a mailing address, and 1,497 records with neither. The first five (5) Monthly Recall Participant Lists contained 3,837 records from which 2,701 duplicate or previously received records were removed, resulting in 1,136 unique records with an email address. Once compiled, the Class List contained 1,180,545 unique records: 937,778 records with an email address, 241,268 records with only a mailing address, and 1,499 records with neither. Additionally, in an effort to ensure that Direct Notices would be deliverable to Settlement Class Members, Kroll ran the 241,268 mailing records through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA. Fifty-four (54) additional records were removed at that time due to the absence of data for both First Name and Last Name resulting in 241,214 records for mailing.

8.    On June 25, 2024, Kroll created a dedicated Settlement Website entitled www.FisherPriceRockNPlaySettlement.com. The Settlement Website "went live" on September 6, 2024 and contains a summary of the Settlement, important dates and deadlines including the Final Approval Hearing date, Claims Deadline, and deadlines for submitting Requests for Exclusion or objections, contact information for the Settlement Administrator, answers to "Frequently Asked Questions," a "Contact Us"

feature to receive and reply to email inquiries from Settlement Class Members, downloadable copies of relevant documents, including the Claim Form, Settlement Agreement, Long Form Notice, and allowed Settlement Class Members an opportunity to register (as needed) and file a Claim Form online. The Settlement Website also includes a video and written instructions on how to disable the Rock 'n Play Sleeper for those who own the product.

9.     On June 13, 2024, Kroll established a toll-free telephone number, (833) 522-3524, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system. As of February 20, 2025, the IVR system has received 715 calls.

10.     On June 14, 2024, Kroll designated a post office box with the mailing address *Settlement Administrator - 83052*, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324, in order to receive Requests for Exclusion, Claim Forms, and correspondence from Settlement Class Members.

## THE DIRECT MAIL NOTICE PROGRAM

11.     On September 25, 2024, Kroll sent the Email Notice to the 936,642 email addresses on file for Settlement Class Members as noted above. A true and correct copy of the Email Notice (including the subject line) is attached hereto as **Exhibit C.** Of the 936,642 emails attempted for delivery, 209,628 emails were undeliverable, out of which 169,568 were rejected and 40,060 bounced back. At counsel's direction, Kroll ran the 40,060 bounced emails through an advanced email address search resulting in the identification of 27,468 new email addresses. On November 1, 2024, Kroll caused the Email Notice to be sent to 27,468 Settlement Class Members for whom a new email address was available, and 12,423 Direct Notices to be mailed via first-class mail to those Settlement Class Members for whom emails bounced back as undeliverable and no new email address was available, but a physical address was available. Of

the 27,468 emails attempted for delivery to a new email address, 11,049 emails were undeliverable. On December 23, 2024, Kroll sent the Email Notice to 564 Settlement Class Members included in the first two (2) Monthly Recall Participants Lists received from the Defendants. On January 31, 2025, Kroll sent the Email Notice to 572 Settlement Class Members included in the next three (3) Monthly Recall Participants Lists received from the Defendants.

12.     On October 23, 2024, Kroll caused 241,214 Direct Notices to be mailed via first-class mail. A true and correct copy of the Direct Notice, along with the Long Form Notice and Claim Form, are attached hereto as **Exhibits D, E, and F**, respectively.

13.     As of February 20, 2025, 301 Direct Notices were returned by the USPS with a forwarding address. Of those, 293 Direct Notices were automatically re-mailed to the updated addresses provided by USPS. The remaining eight (8) were re-mailed by Kroll to the updated address provided by the USPS.

14.     As of February 10, 2025, 30,006 Direct Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 30,004 undeliverable records through an advanced address search.[4] The advanced address search produced 24,219 updated addresses. Kroll has re-mailed Direct Notices to the 24,219 updated addresses obtained from the advanced address search. Of these, 158 re-mailed Direct Notices have been returned by the USPS as undeliverable a second time.

15.     Based on the foregoing, following all Direct Notice re-mailings, Kroll has reason to believe that Direct Notices, alone, likely reached 992,261 of the 1,180,545 Settlement Class Members to whom we provided Direct Notice, or approximately 84.05% of those identified Settlement Class Members.

---

[4] The remaining two (2) undeliverable Direct Notices received to date were received after the most recent advanced address search was run and therefore those records were not included in the search. If an updated address is obtained through the advanced address search process, Kroll will re-mail the notice to the updated address.

| Direct Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members To Whom Direct Notice Was Provided** | **Percentage of Class Members** |
| Settlement Class Members | 1,180,545 | 100.0% |
| **Initial Direct Notice Emailing** | | |
| (+) Email Notices | 936,642 | 79.34% |
| (-) Total Email Notices returned as undeliverable | (209,628) | 17.76% |
| **Supplemental Direct Notice Emailing** | | |
| (+) Supplemental Email Notices | 27,468 | 2.33% |
| (-) Total Email Notices returned as undeliverable | (11,049) | 0.94% |
| **Supplemental Direct Notice Emailing to Recall Participants** | | |
| (+) Supplemental Email Notices (12/23) | 564 | 0.05% |
| (+) Supplemental Email Notices (01/31) | 572 | 0.05% |
| **Direct Notice Mailing** | | |
| (+) Initial Mailed Notices | 241,214 | 20.43% |
| (+) Supplemental Mailed Notices (email bounces) | 12,423 | 1.05% |
| (-) Total Mailed Notices returned as undeliverable | (30,006) | 2.54% |
| **Supplemental Direct Notice Mailing** | | |
| (+) Re-mailed Mailed Notices | 24,219 | 2.05% |
| (-) Total Mailed Notices returned as undeliverable | (158) | 0.01% |
| **Direct Notice Program Reach** | | |
| (=) Received Direct Notice | 992,261 | 84.05% |

16.     On January 10, 2025, Kroll was informed by counsel for Amazon that a Direct Notice campaign was undertaken by them that included Email Notice to their impacted customers. Kroll understands that Class Counsel will be submitting a declaration from Amazon's counsel stating that Amazon provided direct email notice to 846,442 unique email addresses in connection with 952,458 purchases.

**REMINDER NOTICE**

17.     December 10, 2024, Kroll sent an email reminder notice to the 400 Settlement Class Members included in the first two (2) Monthly Recall Participants Lists received from Defendants who

had not yet submitted a Claim Form. On January 31, 2025, Kroll sent an email reminder notice to the 374 Settlement Class Members included in the next three (3) Monthly Recall Participants Lists received from Defendants who had not yet submitted a Claim Form. A true and correct copy of the email reminder notices (including the subject line) are attached hereto as **Exhibit G** and **Exhibit H**.

## PUBLICATION NOTICE - ONLINE DISPLAY ADS

18.     From September 9, 2024 to October 9, 2024, over 34,453,563 million online and social media impressions were served in English and Spanish targeting parents of children under the age of one. Additional impressions targeted all adults 25 to 44 years of age, and women over the age of 25. Further, online banner ads also appeared contextually within content related to *Family & Parenting* and *Parenting Babies and Toddlers.*

## SOCIAL MEDIA ADS

19.     Social media ads in English and Spanish on Facebook and Instagram targeted those who have liked, followed or interacted with relevant pages, accounts, videos or posts/tags, including *Parents*, *CafeMom*, *BellyBelly*, and more generally, *Fisher-Price*.  Also, ads targeted the followers of Instagram influencers who are parenting experts, mom influencers, infant sleep coaches, as well as numerous mothers of newborns groups, infant sleeping support groups, pediatricians, and others.  Further, additional social media impressions were targeted at adults 25 to 64 years of age.

20.     On YouTube: Display ads targeted Fisher-Price channel subscribers, as well as relevant topics and specific content and channels related to Fisher-Price Rock 'n Play, infant safe sleep environment, pregnancy, parenting, new mom related content, and more.

21.     Social Media Influencers: Kroll tapped social media influencers from 114 child safety and parenting pages and groups, including *Kids In Danger, Safe Infant Sleep, Cribs for Kids,* and the *International Association of Child Safety*, among others, to share the official social media ad.  Social

sharing resulted in an additional 9,200,000 viral impressions. A true and correct copy of the social media ad is attached hereto as **Exhibit I**.

## KEYWORD SEARCH

22.    Kroll Media utilized keyword search advertisements on Google. When searching for specific keywords or phrases related to the Settlement and the Nationwide Class and Subclass, a sponsored link appeared providing brief information about the Settlement and the nationwide Settlement Class and directed the user to the Settlement Website. Such keyword search terms and topics included *Fisher-Price*, *Fisher-Price Rock 'n Play sleeper*, *Fisher-Price Rock 'n Play recall*, *Fisher-Price Rock 'n Play settlement*, *Fisher-Price Rock 'n Play class action*, *Fisher-Price Rock 'n Play lawsuit*, *Fisher-Price Rock 'n Play risk*, *Fisher-Price Rock 'n Play deaths*, and more.

## PRESS RELEASE

23.    On September 6, 2024, a bilingual (English and Spanish) press release was issued over PR Newswire's U.S 1 plus Hispanic and Puerto Rico Newslines, with additional targeting to parenting influencers and pediatricians.  The press release generated 361 news mentions in English and 61 news mentions in Spanish. Attached as **Exhibit J** is a true and correct copy of the press release and the resulting pick up reports in English and Spanish.

## CLAIM ACTIVITY

24.    The Claims Deadline is May 29, 2025 or ninety (90) days after the Court enters the Final Approval Order and Final Judgment, whichever is later.

25.    As of February 20, 2025, Kroll has received 5,757 Claim Forms through the mail and 1,366,286 Claim Forms filed electronically through the Settlement Website. Pursuant to section III.C.6.

of the Settlement Agreement, Kroll's review and validation of submitted Claim Forms is not required to commence prior to the Effective Date of the Settlement.[5]

26.     To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members who were sent Direct Notice were provided a unique "Unique Claimant ID" on their respective notices. The Unique Claimant ID is required for Settlement Class Members to file a Claim Form online. Settlement Class Members without Unique Claimant IDs may obtain one by registering on the Settlement Website.

## EXCLUSIONS AND OBJECTIONS

27.     The last day to submit a Request for Exclusion or an objection was February 10, 2025.

28.     As of February 20, 2025, Kroll has received three (3) timely Request for Exclusion. A list of the Requests for Exclusion is attached hereto as **Exhibit K**. Settlement Class Members were not instructed to submit their objection to the Settlement Administrator, and none have been directly received by Kroll.

## CONCLUSION

29.     In my opinion, this robust Notice Plan, which included a combination of direct mail and email notice, online display and social media advertising, social influencer and press releases reflects a highly contemporary way to provide notice to Settlement Class Members and is estimated to have reached more than 95% of the targeted audience, *i.e.* Settlement Class Members, approximately 4.5 times on average.

---

[5] The Effective Date of the Settlement is defined in the Settlement Agreement as the day following the expiration of the deadline to appeal the Final Approval Order and/or Final Judgment, or if an appeal is filed, the date on which all appellate courts with jurisdiction affirm such Final Approval Order and/or Final Judgment, or deny any such appeal or petition for certiorari, such that no future appeal is possible.

30.     In my opinion, the robust, multi-faceted efforts undertaken in this Notice Plan are of the highest modern communication standards, and indeed exceeds numerous best practicable, court-approved notice programs in similar matters and the Federal Judicial Center's guidelines concerning appropriate reach.[6]

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 21, 2025, in Tigard, Oregon.

Jeanne C. Finegan, APR

---

[6] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

# Exhibit A



VIA U.S. MAIL

Date:   August 2, 2024

To:     All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
        (*see attached service list*)

        Re:     CAFA Notice for the proposed Settlement in *In re: Fisher-Price Rock 'n Play
                Sleeper Marketing, Sales Practices, and Products Liability Litigation*, MDL No.
                1:19-Md-2903, pending in the Western District of New York

        Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C.
§ 1715, Defendants Mattel, Inc. ("Mattel") and Fisher-Price, Inc. ("Fisher-Price") (collectively,
"Defendants") hereby notify you of the proposed settlement of the above-captioned action (the
"Action"), currently pending in the Western District of New York (the "Court").

        Eight items must be provided to you in connection with any proposed class action
settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits
are available for download at www.CAFANotice.com under the folder entitled Fisher-Price Rock
'n Play Sleeper Litigation:

   1.   28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the
        complaint and any amended complaints.

        The Consolidated Amended Complaint and the original underlying individual
        complaints that are part of the Multidistrict Litigation are available as **Exhibits A1
        - A17.**

   2.   28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class
        action.

        On July 24, 2024, Plaintiff filed a motion for preliminary approval of the class
        action settlement, and the date of the preliminary approval hearing has not yet been
        set. The Court has not yet scheduled the Final Approval Hearing for this matter.
        The proposed Preliminary Approval Order is available as **Exhibit B**.

   3.   28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

        Copies of the proposed Direct Notice, Long Form Notice, and Claim Form will be
        provided to Class Members and will be available on the Settlement Website created
        for the administration of this matter. These are available as **Exhibits C**, **D**, and **E**,
        respectively. Additionally, the proposed Publication Notice will employ a mix of

online display, search, social media, and a press release. The Publication Notice is available as **Exhibit F**. The notices describe, among other things, the Claim submission process and the Class Members' rights to object or exclude themselves from the Class.

4.    28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

The Settlement Agreement is available as **Exhibit G**.

5.    28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

There are no additional settlements or other agreements between Class Counsel and counsel for Defendant beyond what is set forth in the Settlement Agreement.

6.    28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

The Court has not yet entered a final judgment or notice of dismissal. A copy of the proposed Final Judgment and Final Approval Order are available as **Exhibits H** and **I**, respectively.

7.    28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

The definition of the Settlement Class in the proposed Settlement Agreement means Class Representatives and all Persons in the United States, the District of Columbia, Puerto Rico, and all other United States territories and/or possessions who, during the Class Period, (a) purchased (including to be given as a gift to another Person) or acquired (including by gift) an RNPS, or (b) have an RNPS in their possession. Excluded from the Class are: (i) Persons who participated in the Recall and received a cash refund; (ii) Persons who purchased an RNPS for the sole purpose of resale to consumers at wholesale or retail; (iii) Defendants, their subsidiaries, and their legal representatives, successors, assignees, officers, directors and employees; (iv) Plaintiffs' Counsel; and (v) judicial officers and their immediate family members and associated court staff assigned to this case. In addition, persons or entities are not Settlement Class Members once they timely and properly exclude themselves from the Class, as provided in this Settlement Agreement, and once the exclusion request is finally approved by the Court.

It is not feasible at this time to ascertain the names of all the members of the class who reside in each state or the estimated proportionate share of the claims of such members to the proceeds of the Settlement. It is also not feasible to provide an estimate of the number of members of the class residing in each state and the estimated proposition share of the claims of such members to the Settlement. However, we anticipate that the Settlement Class is sufficiently numerous as to

include Settlement Class Members potentially residing in all 50 states, the District of Columbia, and other Unites States territories and/or possessions.

8.   28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion relating to the proposed settlement as of this time. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled Fisher-Price Rock 'n Play Sleeper Litigation, please contact the undersigned below.

Respectfully submitted,

Frank Ballard
Senior Manager
Frank.Ballard@Kroll.com

# Exhibit B

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
115 S. LaSalle St.
Chicago, IL 60603

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Joy Campbell
1 Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 1400
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**
John Formella
1 Granite Place South
Concord, NH 03301

* Preferred

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
408 Galisteo St
Santa Fe, NM 87501

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
9001 Mail Service Center
Raleigh, NC 27699

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
425 5th Avenue North
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
PO Box 142320
Salt Lake City, UT 84114

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
Cheyenne, WY 82002

# Exhibit C

**Subject: Notice of Class Action Settlement**

_____

**Unique Claimant ID:** <<Refnum>>

<u>Court-Ordered Legal Notice</u>

# If You Currently Own or Previously Purchased A Fisher-Price Rock 'n Play Sleeper

You could get money from a class action settlement.

*Para ver este aviso en español, visita www.FisherPriceRockNPlaySettlement.com.*

### WHAT IS THIS LAWSUIT ABOUT?

A $19 million Settlement has been preliminarily approved by the Court in a class action lawsuit against Fisher-Price, Inc. and Mattel, Inc. ("Defendants") concerning the Fisher-Price Rock 'n Play Sleeper ("RNPS"). The lawsuit is called *In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 1:19-md-2903-GWC, pending in the United States District Court for the Western District of New York. The lawsuit alleges the RNPS is an unsafe sleeping environment for infants and pursues consumer protection and other claims relating to the marketing and sale of the RNPS. While Defendants dispute the allegations, the Parties agreed to settle the lawsuit.

> **If you currently own an RNPS, DO NOT use your product under any circumstances. Instead, please disable your product as shown on the video at www.FisherPriceRockNPlaySettlement.com and follow the instructions to file a Claim Form to receive a cash payment under this Settlement.**

### WHO IS INCLUDED?

You are included in the Settlement as a Settlement Class Member if you live in United States, the District of Columbia, Puerto Rico, or any United States territories and/or possessions, and (a) purchased (including to be given as a gift to another Person) or acquired (including by gift) an RNPS, or (b) have an RNPS in your possession. All models of the RNPS are covered by this Settlement – a full list is available at **www.FisherPriceRockNPlaySettlement.com**.

### WHAT DOES THE SETTLEMENT PROVIDE?

Defendants agreed to deposit $19,000,000 into a Settlement Fund to fully resolve the lawsuit in exchange for a full release. If you are a Settlement Class Member, what you are eligible to receive depends on several factors. If you currently own an RNPS (purchased new, used or received as a gift), you may be eligible for a cash benefit of between $40 and a full refund if you submit proof that you disabled your product as shown on the video on the Settlement Website. If you previously purchased a new RNPS and no longer have it, but have written Proof of Purchase, you may be eligible to receive $25 or $35, depending on your date of purchase, or $10 if you do not have a Proof of Purchase. If you participated in the RNPS Recall and received a voucher or Fisher-Price toy, you are eligible to receive $10. For further details about the Settlement, including the relief, eligibility, and release, please go to **www.FisherPriceRockNPlaySettlement.com**, and consult the Long Form Notice and the Settlement Agreement.

### WHAT ARE YOUR RIGHTS?

- **File a Claim**: You must file a Claim to get any money from the Settlement. **The deadline to file a Claim is April 29, 2025, or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later**. You may submit your Claim Form online at **www.FisherPriceRockNPlaySettlement.com** or download and mail your Claim Form to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324

- **Do Nothing:** If you do nothing, you will not receive money and will be legally bound by decisions of the Court and give up any right to sue for the claims resolved by this Settlement.

- **Object:** You can tell the Court what you don't like about the Settlement, the request for Attorneys' Fees and Expenses and/or the request for Class Representative Service Awards, but will remain a Settlement Class Member and be legally bound by the decisions of the Court and give up any right to sue for Claims resolved by this Settlement. You cannot both object to and exclude yourself from the Settlement. The deadline to object is **December 30, 2024**.

- **Exclude Yourself ("opt out")**: If you exclude yourself, you will not receive money, but you keep the right to sue for the claims resolved by this Settlement. The deadline to exclude yourself is **December 30, 2024**.

For details on how to file a Claim, object, or exclude yourself, visit **www.FisherPriceRockNPlaySettlement.com** or call toll-free **(833) 522-3524**.

### WHEN IS THE FINAL APPROVAL HEARING?

The Court will hold a hearing on **January 28, 2025**, at **10:00 a.m. ET** at United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202 to hear any objections, determine if the Settlement is fair, reasonable, and adequate, and to consider the request for attorneys' fees of 28% of the Settlement Fund ($5,320,000), expenses of up to $825,000, and Class Representative Service Awards of $3,500 each. The motion for Attorneys' Fees and Expenses and Class Representative Service Awards will be posted on the Settlement Website after it is filed. You may appear at the hearing, either yourself or through an attorney hired by you, but are not required to appear to obtain benefits under the Settlement or object to the Settlement (if you have not opted out of the Settlement).

**This is only a summary.** If you have questions or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **www.FisherPriceRockNPlaySettlement.com**, call toll-free **(833) 522-3524**, or write to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324

# Exhibit D

Settlement Administrator – 65952
c/o Kroll Settlement Administration LLC
PO Box 5324
New York, NY 10150-5324

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**Electronic Service Requested**

---

**Court-Ordered Legal Notice**

**If You Currently Own or Previously
Purchased A Fisher-Price
Rock 'n Play Sleeper**

You could get money from a class
action settlement.

*Para ver este aviso en español, visita
www.FisherPriceRockNPlaySettlement.com.*

---

<<Barcode>>

Unique Claimant ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<LastName>>
<<BusinessName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

## WHAT IS THIS LAWSUIT ABOUT?

A $19 million Settlement has been preliminarily approved by the Court in a class action lawsuit against Fisher-Price, Inc. and Mattel, Inc. ("Defendants") concerning the Fisher-Price Rock 'n Play Sleeper ("RNPS"). The lawsuit is called In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2903, United States District Court for the Western District of New York. The lawsuit alleges the RNPS is an unsafe sleeping environment for infants and pursued consumer protection and other claims relating to the marketing and sale of the RNPS. While Defendants dispute the allegations, the Parties agreed to settle the lawsuit.

**If you currently own an RNPS, DO NOT use your product under any circumstances. Instead, please disable your product as shown on the video at www.FisherPriceRockNPlaySettlement.com and follow the instructions to file a Claim Form to receive a cash payment under this Settlement.**

## WHO IS INCLUDED?

You are included in the Settlement as a Settlement Class Member if you live in United States, the District of Columbia, Puerto Rico, or any United States territories and/or possessions, and (a) purchased (including to be given as a gift to another Person) or acquired (including by gift) an RNPS, or (b) have an RNPS in your possession. All models of the RNPS are covered by this Settlement – a full list is available at **www.FisherPriceRockNPlaySettlement.com.**

## WHAT DOES THE SETTLEMENT PROVIDE?

Defendants agreed to deposit $19,000,000 into a Settlement Fund to fully resolve the lawsuit in exchange for a full release. If you are a Settlement Class Member, what you are eligible to receive depends on several factors. If you currently own an RNPS (purchased new, used or received as a gift), you may be eligible for a cash benefit of between $40 and a full refund if you submit proof that you disabled your product as shown on the video on the Settlement Website. If you previously purchased a new RNPS and no longer have it, but have written Proof of Purchase, you may be eligible to receive $25 or $35, depending on your date of purchase, or $10 if you do not have a Proof of Purchase. If you participated in the RNPS Recall and received a voucher or Fisher-Price toy, you are eligible to receive $10. For further details about the Settlement, including the relief, eligibility, and release, please go to **www.FisherPriceRockNPlaySettlement.com**, and consult the Long Form Notice and the Settlement Agreement.

## WHAT ARE YOUR RIGHTS?

**File a Claim:** You must file a Claim to get any money from the Settlement. **The deadline to file a Claim is April 29, 2025, or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later.** You may submit your Claim Form online at **www.FisherPriceRockNPlaySettlement.com** or download and mail your Claim Form to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324.

- **Do Nothing:** If you do nothing, you will not receive money and will be legally bound by decisions of the Court and give up any right to sue for the claims resolved by this Settlement.
- **Object**: You can tell the Court what you don't like about the Settlement, the request for Attorneys' Fees and Expenses and/or the request for Class Representative Service Awards, but will remain a Settlement Class Member and be legally bound by the decisions of the Court and give up any right to sue for Claims resolved by this Settlement. You cannot both object to and exclude yourself from the Settlement. The deadline to object is **December 30, 2024**.
- **Exclude Yourself ("opt out"):** If you exclude yourself, you will not receive money, but you keep the right to sue for the claims resolved by this Settlement. The deadline to exclude yourself is **December 30, 2024.**

For details on how to file a Claim, object, or exclude yourself, visit **www.FisherPriceRockNPlaySettlement.com** or call toll-free **(833) 522-3524.**

## WHEN IS THE FINAL APPROVAL HEARING?

The Court will hold a hearing on **January 28, 2025**, at **10:00 a.m. ET** at United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202 to hear any objections, determine if the Settlement is fair, reasonable, and adequate, and to consider the request for attorneys' fees of 28% of the Settlement Fund ($5,320,000), expenses of up to $825,000, and Class Representative Service Awards of $3,500 each. The motion for Attorneys' Fees and Expenses and Class Representative Service Awards will be posted on the Settlement Website after it is filed. You may appear at the hearing, either yourself or through an attorney hired by you, but are not required to appear to obtain benefits under the Settlement or object to the Settlement (if you have not opted out of the Settlement).

**This is only a summary.** If you have questions or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **www.FisherPriceRockNPlaySettlement.com**, call toll-free **(833) 522-3524**, or write to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324.

# Exhibit E

# FISHER-PRICE ROCK 'N PLAY SLEEPER SETTLEMENT

## If You Currently Own or Previously Purchased A Fisher-Price Rock 'n Play Sleeper, You May Be Eligible For Cash Benefits From a Consumer Class Action Settlement.

*A federal court authorized this Class Notice. This is not a solicitation from a lawyer.*

*Para ver este aviso en español, visita www.FisherPriceRockNPlaySettlement.com.*

A $19 million Settlement has been reached in a consumer class action lawsuit against Fisher-Price, Inc. and Mattel, Inc. ("Defendants") concerning the Fisher-Price Rock 'n Play Sleeper ("RNPS" or "Product"). On April 12, 2019, Fisher-Price and the Consumer Product Safety Commission (CPSC) announced a voluntary recall of the RNPS entitled "Fisher-Price Recalls Rock 'n Play Sleeper Due to Reports of Deaths." If you are included in the Settlement, you have legal rights and deadlines by which you must exercise them.

If you currently own an RNPS, **DO NOT** use your Product under any circumstances. Instead, please **disable your Product as shown on the video on the Settlement Website, www.FisherPriceRockNPlaySettlement.com**, and follow the instructions to file a Claim Form to receive a cash payment under this Settlement.

If you don't currently own an RNPS, you may still receive a cash payment under the Settlement if you participated in the RNPS Recall and received a voucher or a Fisher-Price toy for returning your RNPS, or previously purchased a new RNPS but no longer own it.

If you file a Claim for a cash payment that is approved, the amount of your payment will depend on whether you currently own your RNPS, participated in the RNPS Recall, or have a Proof of Purchase. Cash payments can range from a full refund of the purchase price of your RNPS to $10 per RNPS. The tables on page 3 show the payment amounts you may be entitled to receive under these different criteria.

All models of the RNPS are covered by this Settlement and are listed on **Appendix A** of this Class Notice.

***Please read this Class Notice carefully***. Your legal rights are affected even if you do nothing. You are encouraged to periodically check the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**, because it will be updated with additional information from time to time.

*Your legal rights may be affected even if you do not act.*
*Please read this Notice carefully.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | | |
|---|---|---|
| **YOU MAY** | **EXPLANATION** | **DUE DATE** |
| **SUBMIT A CLAIM FOR CASH BENEFITS** | If you currently own an RNPS or previously purchased a new RNPS but no longer have it, or previously participated in the RNPS Recall and received a voucher or a Fisher-Price toy for returning the hubs of your RNPS, you must submit a valid Claim to receive a cash benefit under the Settlement. <br><br> If you are a Settlement Class Member, whether you submit a Claim or not, you will be bound by the Court's judgment of dismissal and release claims against Defendants relating to the lawsuit. | **April 29, 2025** <br><br> or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later |
| **ASK TO BE EXCLUDED** | If you want to exclude yourself from the Settlement, you must submit a written request to exclude yourself or "opt out" of the Settlement. <br><br> If you opt out of the Settlement, you are not entitled to any of the Settlement benefits, but you keep your right to sue Defendants about the issues in your own lawsuit. | **December 30, 2024** |
| **OBJECT** | If you want to object to the Settlement, you may write to the Court about why you do not like the Settlement. If you exclude yourself from the Settlement, you cannot also object to the Settlement. <br><br> If you are eligible to participate in and object to the Settlement, you are still a part of the Settlement and will be bound the Court's judgment of dismissal and release claims against Defendants relating to the lawsuit. | **December 30, 2024** |
| **APPEAR IN THE LAWSUIT OR GO TO THE FINAL APPROVAL HEARING** | You are not required to appear in the lawsuit to participate in the proposed Settlement, but you may appear on your own or through your own lawyer, at your expense, in addition to filing an objection (if you do not opt out). You can also ask to speak in Court at the Final Approval Hearing if you have previously filed an objection (and did not opt out) and also submitted a timely notice of intention to appear at the Final Approval Hearing. | **January 28, 2025 at 10:00 a.m. ET** |
| **DO NOTHING** | You will be included in the Settlement Class but will not receive Settlement benefits that you may otherwise be eligible for, and you will give up the right to sue Defendants about the issues in the lawsuit. | **N/A** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The summary tables below show the payment amounts you may be entitled to receive under the Settlement if you file a valid Claim. See **Question 7** for more details.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

| If You Currently Own An RNPS and submit Proof of Disablement | | |
|---|---|---|
| **Date of Retail Purchase / Date of Manufacture** | **Have Proof of Purchase?\*** | **Settlement Payment Amount** |
| Purchased between October 12, 2018 and April 12, 2019 and submit a Proof of Purchase | Yes | Purchase Price |
| Purchased between October 12, 2018 and April 12, 2019, *or* RNPS manufactured on or after October 12, 2018, but do not have a Proof of Purchase | No | $60 |
| Purchased or RNPS manufactured between April 12, 2017 and October 11, 2018 | N/A | $50 |
| Purchased or RNPS manufactured on or before April 11, 2017 | N/A | $40 |
| \* For Current Owners who submit a Claim without Proof of Purchase, the date the RNPS was manufactured, evidenced by a 7-character date code stamped on the hub of the RNPS, will be used to determine the amount of the Settlement Payment. | | |

| If You Do Not Currently Own an RNPS and You Did Not Return the RNPS Pursuant to the Recall | | |
|---|---|---|
| **Date of Retail Purchase** | **Have Proof of Purchase?** | **Settlement Payment Amount** |
| Purchased *new* between April 12, 2017 and April 12, 2019 | Yes | $35 |
| Purchased *new* on or before April 11, 2017 | Yes | $25 |
| Purchased *new* | No | $10 |

| If You Participated in the RNPS Recall and Received a Voucher or a Fisher-Price Toy for Returning an RNPS | | | |
|---|---|---|---|
| **Returned Prior to Initial Notice Date (September 6, 2024)** | **Date of Retail Purchase / Date of Manufacture** | **Received Voucher or Fisher-Price Toy?** | **Settlement Payment Amount** |
| Yes | Any Date | Yes | $10 |

- Other important information, including how to submit a valid Claim to get cash benefits under the Settlement, is described in detail below, in the Settlement Agreement, and the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

3

# What This Class Notice Contains

A. BASIC INFORMATION ...................................................................................................................5

    1. What is this Class Notice about? ..................................................................................................5

    2. What is the lawsuit about? ............................................................................................................5

    3. Why is this a class action? ...........................................................................................................7

    4. Why is there a Settlement? ...........................................................................................................8

B. WHO IS IN THE SETTLEMENT? ..................................................................................................8

    5. How do I know if I am part of the Settlement? ............................................................................8

    6. I'm still not sure if I'm included in the Settlement .......................................................................8

C. THE SETTLEMENT BENEFITS —WHAT YOU GET AND HOW TO GET IT .............................9

    7. What does the Settlement Provide? ..............................................................................................9

    8. How do I file a Claim for cash benefits under this Settlement? .................................................11

    9. I currently own a Rock 'n Play Sleeper. How do I disable it so I can file a Claim? .............12

    10. I want to submit a Proof of Purchase. What kind of documents can I submit as Proof of Purchase in support of my Claim? ...................................................................................................12

    11. How will I know if my Claim is approved? ..............................................................................12

    12. What happens if my Claim is denied? ......................................................................................12

    13. If my Claim is approved, how will I get paid under the Settlement? .......................................13

    14. What am I giving up in exchange for Settlement benefits? ......................................................14

D. EXCLUDING YOURSELF FROM THE SETTLEMENT ...............................................................15

    15. If I exclude myself, can I get anything from this Settlement? ..................................................15

    16. If I do not exclude myself, can I sue later? ..............................................................................15

    17. How do I get out of the Settlement? .........................................................................................15

E. OBJECTING TO THE SETTLEMENT .........................................................................................16

    18. How do I tell the Court if I do not like the Settlement? ...........................................................16

    19. What is the difference between objecting and excluding? ........................................................17

F. THE LAWYERS REPRESENTING YOU .......................................................................................17

    20. Do I Have Lawyers In This Case? .............................................................................................17

    21. How will the lawyers be paid? ..................................................................................................18

G. THE COURT'S FINAL APPROVAL HEARING ..........................................................................18

    22. When and where will the Court decide whether to grant final approval of the Settlement? 18

    23. Do I have to come to the hearing? .............................................................................................19

    24. May I speak at the hearing? ......................................................................................................19

H. GETTING MORE INFORMATION ..............................................................................................19

    25. How do I get more information? ................................................................................................19

    26. When will the Settlement be final? ...........................................................................................19

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

4

# A.    BASIC INFORMATION

## 1. What is this Class Notice about?

A Court authorized this Class Notice because you have a right to know about a proposed Settlement of a class action lawsuit and about all of your rights and options before the Court decides whether to give final approval to the Settlement. The name of the lawsuit is *In Re: Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation, MDL No. 1:19-md-2903* (W.D.N.Y.) ("Rock 'n Play Sleeper Litigation"). This Class Notice explains the lawsuit, the Settlement, and your legal rights and options. *You are NOT being sued.* The Court still has to decide whether to finally approve the Settlement. Please be patient and check the Settlement Website identified in this Class Notice regularly. Please do not contact the Court. All questions should be directed to the Settlement Administrator, identified below.

## *Please read this Class Notice Carefully.*

## 2. What is the lawsuit about?

Plaintiffs in this consumer class action multi-district litigation allege that the Fisher-Price Rock 'n Play Sleeper (RNPS) is an unsafe sleeping environment for infants and pursue claims for violations of various state consumer protection statutes, among other claims, arising from Defendants' advertising, labeling, marketing and sale of the Product as an infant sleeper. You can read the Consolidated Amended Complaint ("CAC") by visiting the Settlement Website, **www.FisherPriceRockNPlaySettlement.com.** Defendants deny that the RNPS is unsafe, that they have violated any law, and that they engaged in any wrongdoing. The Parties agreed to resolve these matters before these issues were decided by the Court.

This Settlement does not involve claims of personal injury, wrongful death, or property damage arising from the use of the RNPS.

On October 1, 2009, Fisher-Price introduced the RNPS to the consumer market. On April 12, 2019, Fisher-Price and the CPSC jointly announced a voluntary Recall of the RNPS. Fisher-Price sold—either directly or through retailers—approximately 4.7 million RNPS during the almost ten years the Product was on the market. The Recall notice stated: "Infant fatalities have occurred in Rock 'n Play Sleepers, after the infants rolled from their back to their stomach or side while unrestrained, or under other circumstances," and warned "[c]onsumers should immediately stop using the product." In the CAC, Plaintiffs allege the RNPS exposes infants to risk regardless of how it is used.

Consumers who purchased an RNPS or received an RNPS as a gift filed a total of sixteen (16) separate class action lawsuits in six federal courts across the country, asserting class claims on behalf of residents of thirteen states. Plaintiffs in those cases alleged that Defendants' advertising and marketing of the RNPS was false and misleading because the Product posed a safety risk. Some Plaintiffs also alleged the Recall was deficient.

On August 1, 2019, the Judicial Panel of Multi-District Litigation (JPML) transferred ten of the sixteen actions to the United States District Court for the Western District of New York (WDNY), to join the six class actions already pending in that District, for centralized proceedings before the Honorable Geoffrey W. Crawford, under the caption *In re: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2903. ECF 1.

On August 14, 2019 and August 19, 2019, the JPML also transferred *Hanson v. Fisher-Price, Inc.*, C.A. No.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

5

19-00204 (S.D. Iowa) and *Willis v. Fisher-Price, Inc., Willis v. Fisher-Price, Inc.*, C.A. No. 19-00670 (M.D. Tenn.), to the WDNY, respectively. ECF 2, 5.

On September 20, 2019, the Court appointed Class Counsel as well as a Plaintiffs' Committee and Liaison Counsel in its Initial Case Management Order. ECF 12. Among other things, the Court also ruled that discovery would be bifurcated, with discovery relating to class certification issues occurring first, followed by discovery on liability issues if a class was certified.

On October 28, 2019, Plaintiffs filed their CAC asserting claims on behalf of twenty-three individuals and similarly situated class members who purchased or owned an RNPS from 2009 to the present. ECF 19. Plaintiffs alleged violations of various state consumer protection statutes, negligence, breach of express warranty, breach of implied warranty, and unjust enrichment claims as well as violations of the Magnusson Moss Warranty Act, 15 U.S.C. § 2301, *et seq. Id.* In addition, Plaintiffs alleged that the Recall was deficient and sought injunctive relief to improve the terms of the Recall. *Id.*

As described in the Settlement Agreement, after the filing of the CAC, the Parties engaged in extensive written and document discovery on class certification issues and took the depositions of Defendants' employees and the named Plaintiffs. The Parties exchanged reports of independent experts, conducted expert depositions, and briefed motions relating to experts and expert witnesses. After litigation of a comprehensive class certification motion, informed by the findings of the Parties' respective experts regarding Defendants' marketing and damages issues (ECF 125), which was vigorously opposed by Defendants (ECF 165), on February 25, 2022, the Court held a full-day class certification hearing to consider the certification of a class of New York purchasers and owners as a "bellwether" for potential certification of other state classes after the resolution of the New York-specific motion. The hearing focused on the certification of damages and injunctive relief claims, and related issues presented by the New York plaintiffs. ECF 217.

On June 2, 2022, the Court denied certification of a nationwide injunctive relief class and a New York damages class, under Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3), respectively, but granted certification of an "issue class" of New York consumers, under Federal Rule of Civil Procedure 23(c)(4), on two liability issues: whether Fisher-Price's marketing of the RNPS would have led a reasonable consumer to believe that the Sleeper was safe for infant sleep, and whether the marketing would be material to consumers' decision to purchase the Product. ECF 254. The Court directed that a jury trial on those issues proceed as soon as the Parties could be ready. ECF 260.

Plaintiffs petitioned the Second Circuit Court of Appeal pursuant to Rule 23(f) for leave to appeal the Court's order denying full certification of a New York class under New York's consumer protection law, which the Second Circuit denied on October 5, 2022. ECF 269.

Discovery then commenced on liability issues in preparation for further litigation. The Parties exchanged further voluminous written and document discovery in preparation of a trial relating to the New York liability class. Plaintiffs processed and reviewed over 270,000 additional documents containing over a million pages related to the RNPS, including, among others, additional documents concerning the development, design, and marketing of the RNPS, reports of incidents that reportedly occurred while infants were in an RNPS, and other disputed liability issues. Additionally, Plaintiffs worked to secure document discovery from third parties, including plaintiffs in certain wrongful death litigation involving the RNPS.

On September 8, 2022, the Court directed the Parties to submit briefing as to whether a California consumer class should be certified. ECF 262. On October 21, 2022, Plaintiffs filed their Motion for Class Certification of the California Class (ECF 283) seeking, *inter alia*, to certify a class of RNPS purchasers under California's consumer protection statutes, implied warranty, and unjust enrichment claims. Defendants opposed the motion (ECF 296), to which Plaintiffs filed a reply brief. ECF 301. On March 7, 2023, the Court set a hearing on the

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

6

motion for April 13, 2023, which, due to the March 2023 settlement efforts described below, was rescheduled for December 15, 2023 and, later, for February 23, 2024.

On October 7, 2022, Defendants moved to dismiss the certified New York class for lack of standing of the named Plaintiffs (ECF 271), which Plaintiffs opposed. ECF 284. The Court denied the motion on February 8, 2023. ECF 286.

On December 1, 2022, the Court advised the Parties of its intent to schedule a trial for the New York liability class to commence in the spring of 2024. ECF 291.

Beginning in 2020, the Parties engaged in extensive negotiations, including a mediation over Zoom with Christopher Ekman, an experienced mediator selected by the Parties, on September 10, 2020; a second mediation over Zoom with mediator Jill Sperber on April 12, 2022, which involved the exchange of numerous written settlement proposals; and an in-person two-day mediation with the Hon. Margaret Morrow (Ret.) and Mr. Ekman on March 27 and 28, 2023. After additional negotiations under the auspices of the Hon. Margaret Morrow and Mr. Ekman, the Parties reached a settlement in principle to fully resolve the Action, subject to the negotiation of a definitive settlement agreement.

On February 13, 2024, the Parties informed the Court of the settlement in principle. ECF 325.

Thereafter, the Parties engaged in extensive efforts to craft a settlement agreement, had numerous Zoom meetings during which they negotiated terms, and exchanged multiple drafts of the Settlement Agreement. The Parties were unable to reach agreement on certain terms of the Settlement and participated in an additional mediation via Zoom with Hon. Margaret Morrow (Ret.) and Mr. Ekman on July 2, 2024. Throughout this period, Plaintiffs also worked with a settlement administrator to develop a notice plan and drafted various notice documents and a claim form.

Between April 11, 2024 and July 9, 2024, the Parties filed, and the Court granted, joint motions to extend the deadline for the Parties to conclude a settlement agreement and for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. ECF 331-343.

On July 24, 2024, the Parties executed the Settlement Agreement. Plaintiffs filed their Unopposed Motion for Preliminary Approval (ECF 348) together with the Settlement Agreement the same day. ECF 349. On August 9, 2024, the Court entered an Order granting Plaintiffs' Motion for Preliminary Approval (ECF 352) together with an Order Setting Dates for Proposed Final Certification and Settlement Approval. ECF 353. On August 15, 2024, the Court entered an Amended Order Setting Dates for Proposed Final Certification and Settlement Approval (ECF 353), which contains the operative deadlines for filing claims, to opt-out of or object to the Settlement, and sets the Final Approval Hearing.

The full procedural history of the litigation is detailed in the Settlement Agreement, which is available on the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**.

## 3. Why is this a class action?

In a class action, people called "Class Representatives" sue on behalf of other people who have similar claims. All of these people together are the "Class" or "Class Members" if the Court approves this procedure. Once approved, the Court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**
7

## 4. Why is there a Settlement?

The Parties in the lawsuit agreed to this Settlement to avoid the cost and risk of further litigation, including a potential trial or trials, and so that the Class Members can get benefits, in exchange for releasing Defendants from liability. The Settlement does not mean that Defendants broke any laws or did anything wrong, and the Court did not decide which side was right. This Settlement has been preliminarily approved by the Court, which authorized the issuance of this Class Notice. The Class Representatives and the lawyers representing them, including Class Counsel, believe that the Settlement is fair, reasonable, and adequate, and is in the best interests of all Class Members.

The essential terms of the Settlement are summarized in this Class Notice. The Settlement Agreement along with all exhibits sets forth in greater detail the rights and obligations of the Parties. If there is any conflict between this Class Notice and the Settlement Agreement, the Settlement Agreement governs. The Settlement Agreement is available on the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**.

The Court will consider whether to finally approve the Settlement at the Final Approval Hearing, which is scheduled to occur on **January 28, 2025** at **10:00 a.m. ET**. If the Final Approval Hearing is rescheduled by the Court, the new date and time of the hearing will be posted on the Settlement Website. Please check the Settlement Website from time to time for updates about the Settlement.

# B.    WHO IS IN THE SETTLEMENT?

To see if you are affected or if you can get benefits, you first have to determine whether you are a Class Member.

## 5. How do I know if I am part of the Settlement?

You are part of the Settlement Class if you are a person in the United States, the District of Columbia, Puerto Rico, and all other United States territories and/or possessions who, during the Class Period, (a) purchased (including to be given as a gift to another Person) or acquired (including by gift) an RNPS, or (b) have an RNPS in their possession. This is called the "Class."

Excluded from the Settlement Class are: (i) Persons who participated in the Recall and received a cash refund; (ii) Persons who purchased an RNPS for the sole purpose of resale to consumers at wholesale or retail; (iii) Defendants, their subsidiaries, and their legal representatives, successors, assignees, officers, directors and employees; (iv) Plaintiffs' Counsel; and (v) judicial officers and their immediate family members and associated court staff assigned to this case. In addition, persons or entities are not Settlement Class Members once they timely and properly exclude themselves from the Class, as provided in the Settlement Agreement, and once the exclusion request is finally approved by the Court.

## 6. I'm still not sure if I'm included in the Settlement.

If you are not sure whether you are included in the Settlement Class, please visit **www.FisherPriceRockNPlaySettlement.com,** which contains a list of RNPS that are covered by the Settlement. All models of the RNPS are included in the Settlement. If you are still not sure if you're included in the Settlement, please contact the Settlement Administrator by using the 'Contact Us' page of the Settlement Website**.**

Please do **NOT** contact the Court. All questions should be directed to the Settlement Administrator.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

8

# C.    THE SETTLEMENT BENEFITS —WHAT YOU GET AND HOW TO GET IT

## 7. What does the Settlement Provide?

Under the Settlement, Defendants have agreed to deposit $19 million dollars into a Settlement Fund to fully resolve the class action in exchange for a full release. This is a non-reversionary settlement, meaning that no part of the Settlement Amount will be returned to Defendants if the Settlement is approved. All Settlement Payments to Settlement Class Members will be paid from the Net Settlement Fund, which is the Settlement Fund less any Attorneys' Fees and Expenses and Class Representative Service Awards that may be awarded by the Court, Taxes, and Settlement Administration Expenses.

If you are a Settlement Class Member, what you are eligible to receive depends on several factors. The Settlement benefits are outlined generally below, and more information can be found on the Settlement Website. The Court still has to decide whether to finally approve the Settlement. No benefits have to be provided until and unless the Court finally approves the Settlement and only after any appeal period expires or any appeals are resolved in favor of the Settlement. We do not know when the Court will finally approve the Settlement if it does so or whether there will be any appeals that would have to be resolved in favor of the Settlement before certain benefits would be provided, so we do not know precisely when any benefits may be available. Please check the Settlement Website, **www.FisherPriceRockNPlaySettlement.com,** regularly for updates regarding the Settlement.

**To receive a cash payment, you must file a valid Claim on or before April 29, 2025, or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later.** If you do nothing, you will not receive any benefits from the Settlement and, if you are a Settlement Class Member, you will not be able to sue Defendants about the issues in the lawsuit unless you exclude yourself or opt out of the Settlement.

For a period of twenty-four (24) months from the Effective Date, or until the Net Settlement Fund is exhausted, whichever is earlier, if you claim that you did not receive notice or were unaware of this Settlement prior to the Claims Deadline, you may contact the Settlement Administrator by using the 'Contact Us' page of the Settlement Website about participating in the Settlement. If the Settlement Administrator determines that the person is a Settlement Class Member, the Settlement Administrator shall permit the Settlement Class Member to submit a Claim if the Net Settlement Fund is not exhausted.

Settlement Class Members who submit Claim Forms should consult their tax advisor regarding any tax ramifications of receiving any Settlement Payment under this Settlement. Class Representatives, Class Counsel, Plaintiffs' Counsel, Defendants, and Counsel for Defendants are not providing any opinion or advice concerning the tax consequences of receiving any payments under this Settlement.

## 7.A. Settlement Class Members Who Received a Voucher or a Fisher-Price Toy for Returning an RNPS's Hubs Pursuant to the Recall

If the Settlement is finally approved, Settlement Class Members who, prior to the Initial Notice Date, returned the hubs of an RNPS pursuant to the Recall and received a voucher or a Fisher-Price toy, shall be entitled to receive a Settlement Payment of $10 for each RNPS returned.

| Returned Prior to Initial Notice Date (September 6, 2024) | Date of Retail Purchase / Date of Manufacture | Received Voucher or Fisher-Price Toy? | Settlement Payment Amount |
|---|---|---|---|
| Yes | Any Date | Yes | $10 |

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

## 7.B. Settlement Class Members Who Currently Own An RNPS

If the Settlement is finally approved, for Settlement Class Members who currently own an RNPS (purchased new, used, or received as a gift) and who have submitted a Claim Form with Proof of Disablement of that RNPS, shall be entitled to the following for each RNPS for which they have submitted Proof of Disablement. See **Question 9** for further details.

If no Proof of Purchase is provided, the date the Product was manufactured shall be evidenced by the date code (7-character alphanumeric string) stamped on the inside of the hub of the RNPS, a photo of which shall be submitted with the Claim Form as part of the Proof of Disablement.

| Date of Retail Purchase / Date of Manufacture | Have Proof of Purchase? | Settlement Payment Amount |
|---|---|---|
| Purchased between October 12, 2018 and April 12, 2019 and submit a Proof of Purchase | Yes | Purchase Price |
| Purchased between October 12, 2018 and April 12, 2019, *or* RNPS manufactured on or after October 12, 2018 | No | $60 |
| Purchased or RNPS manufactured between April 12, 2017 and October 11, 2018 | N/A | $50 |
| Purchased or RNPS manufactured on or before April 11, 2017 | N/A | $40 |

The total amount from the Net Settlement Fund to be used to make Settlement Payments to Current Owners with Approved Claims shall be capped at $4,750,000 (Four Million Seven Hundred Fifty Thousand Dollars) ("Current Owners' Fund"). An additional sum of no less than $250,000 (Two Hundred Fifty Thousand Dollars) from the Net Settlement Fund shall be placed in a set-aside fund to make Settlement Payments for Current Owner Claims that are submitted after the Claims Deadline pursuant to Section III.E of the Settlement Agreement ("Current Owners' Set-Aside Fund").

## 7.C. Settlement Class Members Who Do Not Currently Own An RNPS

If the Settlement is finally approved, for Settlement Class Members who: (1) previously purchased a new RNPS (either for personal use or a gift); (2) did not return the RNPS pursuant to the Recall or the Settlement Agreement; and (3) submit a valid Claim Form with an attestation that they no longer own the RNPS, are entitled to the following for each new RNPS purchased.

| Date of Retail Purchase | Have Proof of Purchase? | Settlement Payment Amount |
|---|---|---|
| Purchased *new* between April 12, 2017 and April 12, 2019 | Yes | $35 |
| Purchased *new* on or before April 11, 2017 | Yes | $25 |
| Purchased *new* | No | $10* |

The total amount from the Net Settlement Fund to be used to make Settlement Payments to Purchasers of new RNPS with Proof of Purchase ("POP-Purchasers") with Approved Claims shall be capped at $4,750,000 (Four Million Seven Hundred Fifty Thousand Dollars) ("POP-Purchasers' Fund"). An additional sum of no less than $250,000 (Two Hundred Fifty Thousand Dollars) from the Net Settlement Fund shall be placed in a set-aside fund for Settlement Payments for POP-Purchaser Claims that are submitted after the Claims Deadline pursuant to Section III.E of the Settlement Agreement ("POP-Purchasers' Set-Aside Fund").

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

*The total amount of the Net Settlement Fund used for disbursement to Settlement Class Members who do not currently own an RNPS and do not have Proof of Purchase for a new RNPS, shall be $1,000,000 (One Million Dollars). In the event that Settlement Class Members with Approved Claims under this Section exceed $1,000,000 (One Million Dollars), the Approved Claims shall be reduced *pro rata* to a total of $1,000,000 (One Million Dollars).

Settlement Class Members who acquired but are not purchasers of a new RNPS (including giftees) and purchasers of, or those who acquired (including by gift), a used RNPS, cannot recover, unless they are Current Owners of an RNPS or returned the hubs of an RNPS pursuant to the Recall and received a voucher or a Fisher-Price toy.

### 8. How do I file a Claim for cash benefits under this Settlement?

Class Members who wish to receive compensation from the Settlement must file a Claim Form. Claim Forms are available on the Settlement Website and can be filed online at **www.FisherPriceRockNPlaySettlement.com**. If you are submitting Proof of Purchase or Proof of Disablement, you will be able to upload them when submitting your Claim Form online. Alternatively, you can mail a Claim Form, with the Proof of Purchase and/or Proof of Disablement, if required, to the Settlement Administrator at the following address:

<div align="center">

Settlement Administrator – 83052
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

</div>

For faster processing of your Claim Form and to have the option to receive any Settlement Payment via a digital method, such as Venmo, PayPal, or digital payment card, submit your Claim Form online. If you do not want to receive your Settlement Payment electronically, you can receive payment via a physical check sent by the Settlement Administrator. Claim Forms submitted by mail will receive any Settlement Payment by physical check.

The Claim Form is available for downloading on the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**. You can also request that a Claim Form be mailed to you by submitting your request on the 'Contact Us' page of the Settlement Website.

**<div align="center">TO BE CONSIDERED TIMELY, ALL CLAIMS FORMS, TOGETHER WITH PROOF OF PURCHASE AND/OR PROOF OF DISABLEMENT, IF REQUIRED, MUST BE SUBMITTED ON THE SETTLEMENT WEBSITE OR POSTMARKED NO LATER THAN APRIL 29, 2025, OR NINETY (90) DAYS AFTER THE COURT'S ISSUANCE OF THE FINAL APPROVAL AND FINAL JUDGMENT, WHICH EVER IS LATER.</div>**

Each Claim Form submitted to the Settlement Administrator will be assigned a Unique Claimant ID that can be used by Settlement Class Members to track their Claims. Settlement Class Members who received Direct Notice of the Settlement (by email or postcard) will already have Unique Claimant IDs assigned to them as shown in the email or on the postcard. Settlement Class Members who did not receive Direct Notice of the Settlement may register on the Settlement Website to get a Unique Claimant ID assigned to them.

Upon receipt of a submitted Claim Form, the Settlement Administrator will review the Claim to determine whether the Claim meets all of the qualifications for payment, and, if so, determine the amount of the Settlement Payment the Class Member is entitled to receive in accordance with the Settlement Agreement. The Settlement Administrator will use reasonable efforts to complete its review of Claim Forms in a timely manner.

<div align="center">

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

</div>

If a Claim is deficient, the Settlement Administrator will email a notice to the Claimant if an email address was provided, or, if no email address was provided, mail a notice of deficiency letter to the Claimant, requesting that the Claimant complete and/or correct the deficiencies and resubmit the Claim Form within 30 days. If the Settlement Class Member fails to provide the requested documentation or information within the time allotted, the Claim will be denied without further processing. If the Claimant timely provides the requested documentation or information, the Settlement Administrator shall process the Claim in the ordinary course.

For a period of twenty-four (24) months from the Effective Date, or until the Net Settlement Fund is exhausted, whichever is earlier, if you claim that you did not receive notice or were unaware of this Settlement prior to the Claims Deadline, you may contact the Settlement Administrator by going to the 'Contact Us' page of the Settlement Website. If the Settlement Administrator determines that the person is a Settlement Class Member, the Settlement Administrator shall permit the Settlement Class Member to submit a Claim if the Net Settlement Fund is not exhausted.

## 9. I currently own a Rock 'n Play Sleeper. How do I disable it so I can file a Claim?

Instructions on how to disable the Rock 'n Play Sleeper are on the Settlement Website. There is also a video demonstrating how to disable Products on the Settlement Website.

A Proof of Disablement means photographs showing, in full, all of the following: (i) the liner of the RNPS, detached from the frame and cut along the length of the Product from head to toe and along the frame, such that it is no longer attached to the frame; (ii) the pad removed from the RNPS and cut so it can no longer be attached to the Product; (iii) your Unique Claimant ID (sent to you or that you received after registering on the Settlement Website) written in permanent marker on the fabric that has been cut; and (iv) the date code and product number on the inside of the hub of the RNPS. Instructions on how to disable your RNPS and to complete and submit a valid Proof of Disablement are on the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**.

## 10. I want to submit Proof of Purchase. What kind of documents can I submit as Proof of Purchase in support of my Claim?

An acceptable form(s) of Proof of Purchase is documentary evidence supporting a Claim such as a receipt or order confirmation from a retailer, credit card statement, canceled check, or other reasonable and practicable physical evidence as may be accepted by the Settlement Administrator, which shows the date of purchase and the Purchase Price of the RNPS that is the subject of the Claim. The Settlement Administrator may but is not required to accept other reasonable physical evidence in support of a Claim.

## 11. How will I know if my Claim is approved?

If your Claim is approved by the Settlement Administrator, you will receive a Settlement Payment in the amount of your Approved Claim.

## 12. What happens if my Claim is denied?

If you are a Settlement Class Member and your Claim is rejected for payment, in whole, you will not receive any payment for the Claim submitted and will be bound by the terms of the Settlement Agreement and by the Final Approval Order and Final Judgment entered in the Action.

If you are a Settlement Class Member and your Claim is approved in part and rejected in part, you will not receive payment for the portion of your Claim that is rejected and will be bound by the terms of the Settlement Agreement and by the Final Approval Order and Final Judgment entered in the Action. You will only receive payment for the approved portion of your Claim.

Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.
Please continue to check the Settlement Website as it will be periodically updated.
PLEASE DO NOT CALL THE JUDGE OR THE CLERK OF COURT
12

## 13. If my Claim is approved, how will I get paid under the Settlement?

If your Claim is submitted electronically via the Settlement Website and is approved, in whole or in part, you have the option to receive your Settlement Payment through digital methods, such as Venmo, PayPal, or digital payment card. If you do not want to receive your Settlement Payment electronically, you can receive your payment via a physical check sent by the Settlement Administrator. Claim Forms submitted by mail will receive any Settlement Payment by physical check.

The Parties cannot predict exactly when (or whether) the Court will give final approval to the Settlement, so please be patient. Updated information about the case can be obtained on the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**, or through the Settlement Administrator by calling toll-free at **(833) 522-3524.**

## 13.A. Distribution of Settlement Payments

The Settlement Administrator shall calculate Settlement Payments on Approved Claims under Section III.B and complete its initial distribution on all timely filed and Approved Claims as soon as practicable and shall use its reasonable best efforts to complete the initial distribution of Settlement Payments no later than six (6) months after the Effective Date.

For Claims submitted pursuant to Section III.E of the Settlement, the Settlement Administrator shall calculate Settlement Payments due on any Approved Claims and shall use reasonable best efforts to complete distributions of Settlement Payments on Approved Claims every six (6) months, with funds from the Current Owners' Set-Aside Fund, the POP-Purchasers' Set-Aside Fund, or the No-POP-Purchasers' Fund, as the case may be.

Additional distributions in the same manner shall be made every (6) months until the expiration of twenty-four (24) months after the Effective Date; provided, however, that Class Counsel, after consultation with the Settlement Administrator, in its sole discretion, may authorize that distributions may be made before or after six (6) months after the date of the previous distribution, subject to Court approval. The Settlement Administrator shall use its reasonable best efforts to complete a final distribution no later than forty-five (45) days after the expiration of twenty-four (24) months following the Effective Date. No Claims may be submitted after the expiration of twenty-four (24) months following the Effective Date.

After the expiration of twenty-four (24) months from the Effective Date, if the Settlement Fund is still not exhausted, Class Counsel will confer with the Settlement Administrator to determine if it is economically feasible to make additional Settlement Payments to Settlement Class Members who filed Approved Claims. If so, Class Counsel, in its sole discretion, may recommend that additional Settlement Payments be made to Settlement Class Members, subject to Court approval. If approved by the Court, Class Counsel shall make additional Settlement Payments consistent with the Court's ruling, so long as the total amount of the Settlement Payments for each Approved Claim does not exceed the Purchase Price of the RNPS.

Any Unclaimed Funds remaining in the Net Settlement Fund, after distribution is made pursuant to Section III.B through Section III.F.3 of the Settlement Agreement, shall be paid to the Non-Profit Residual Recipient.

## 13.B. Pro Rata Adjustment of Settlement Payments

Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.
Please continue to check the Settlement Website as it will be periodically updated.
PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT
13

As part of the distribution process, Settlement Payments due on Approved Claims may be increased or decreased on a *pro rata* basis, subject to the following:

**Current Owners Fund:**

- If the total amount of Settlement Payments on Approved Claims for Current Owners **exceeds** the total amount of the Current Owners' Fund, and if additional funds are not available as described below, the Settlement Payment for each Approved Claim to Current Owners shall be reduced *pro rata*, such that the total of Settlement Payments made to Current Owners is equal to the total allocated to the Current Owners' Fund. SA, § III.B.2.h.

- If the total amount of Settlement Payments for Approved Claims for Current Owners **is less than** the total allocated to the Current Owners' Fund, the first $375,000 (Three Hundred Seventy-five Thousand Dollars) of remaining funds shall be placed in the Current Owners' Set-Aside Fund. If the Current Owners' Fund is still not exhausted, and if Approved Claims for POP-Purchasers exceed the POP-Purchasers' Fund, any remaining funds in the Current Owners' Fund shall be moved to the POP-Purchasers' Fund, up to the amount required to avoid a *pro rata* reduction in Settlement Payments to POP-Purchasers. If the Current Owners' Fund is still not exhausted, any remaining funds shall be placed in the Current Owners' Set-Aside Fund. III.B.4.a.

**POP-Purchasers' Fund:**

- If the total amount of Settlement Payments on Approved Claims for POP-Purchasers **exceeds** the total amount of the POP-Purchasers' Fund, and if additional funds are not available as described below, the Settlement Payments for each Approved Claim to POP-Purchasers shall be reduced *pro rata*, such that the total of Settlement Payments made to POP-Purchasers is equal to the total allocated to the POP-Purchasers' Fund. SA, § III.B.3.e.

- If the total amount of Settlement Payments for Approved Claims for POP-Purchasers **is less than** the total allocated to the POP-Purchasers' Fund, the first $375,000 (Three Hundred Seventy-five Thousand Dollars) of remaining funds shall be placed in the POP-Purchasers' Set-Aside Fund. If the POP-Purchasers' Fund is still not exhausted, and if Approved Claims for Current Owners exceed the Current Owners' Fund, any remaining funds in the POP-Purchasers' Fund shall be moved to the Current Owners' Fund, up to the amount required to avoid a *pro rata* reduction in Settlement Payments to Current Owners. If the POP-Purchasers' Fund is still not exhausted, any remaining funds shall be placed in the POP-Purchasers' Set-Aside Fund. SA, III.B.4.b.

In the event that the total amount of Settlement Payments for Approved Claims for both Current Owners and POP-Purchasers is less than the total allocated to their respective Funds, any funds remaining in the Current Owners' Fund shall be placed in the Current Owners' Set-Aside Fund and any funds remaining in the POP-Purchasers' Fund shall be placed in the POP-Purchasers' Set-Aside Fund. SA, III.B.4.c.

**No-POP Purchasers' Fund:**

- If the total amount of Settlement Payments due on Approved Claims **exceeds** $1,000,000 (One Million Dollars), each Approved Claim shall be reduced *pro rata*, such that the total of all Approved Claims is equal to $1,000,000 (One Million Dollars).

## 14. What am I giving up in exchange for Settlement benefits?

If the Settlement becomes final, Settlement Class Members who do not exclude themselves from the Class will release Defendants from liability and will not be able to sue Defendants about the issues in the lawsuit but will not be releasing any claims for personal injury, wrongful death or physical property damage. The Settlement

Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.
Please continue to check the Settlement Website as it will be periodically updated.
PLEASE DO **NOT** CALL THE JUDGE OR THE CLERK OF COURT
14

Agreement at Section VII describes the Released Claims in necessary legal terminology, so read it carefully. For ease of reference, we also attach the full release section in **Appendix B** to this Notice. The Settlement Agreement and Release are also available at **www.FisherPriceRockNPlaySettlement.com**. You can talk to one of the lawyers listed in **Question 20** below for free or you can, of course, talk to your own lawyer at your own expense if you have questions about the Released Claims or what they mean.

# D.    EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue or continue to sue Defendants over the legal issues in the lawsuit, then you must take steps to exclude yourself from this Settlement. This is also known as "opting out" of the Class.

## 15. If I exclude myself, can I get anything from this Settlement?

If you exclude yourself, you do not get Settlement benefits, and you will not be bound by anything that happens in this lawsuit. If you ask to be excluded, you cannot also object to the Settlement or submit a Claim Form. But, if you timely and properly request exclusion, the Settlement will not prevent you from suing, continuing to sue or remaining or becoming part of a different lawsuit against Defendants in the future about the issues in the lawsuit.

## 16. If I do not exclude myself, can I sue later?

Unless you exclude yourself, you give up the right to sue Defendants for the claims resolved by this Settlement. If you do not exclude yourself and the Settlement is finally approved, you will be permanently enjoined and barred from initiating or continuing any lawsuit or other proceeding against Defendants about the issues in the lawsuit. Remember that this lawsuit does not concern claims, lawsuits or other proceedings against Defendants related to personal injury, wrongful death or property damage claims involving the Rock 'n Play Sleeper.

## 17. How do I get out of the Settlement?

To exclude yourself from the Class, you must send to the Settlement Administrator by U.S. mail a written Request for Exclusion specifying that you want to be excluded from the Settlement, which must include: (a) the case name and number of the Action (*In Re: Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 1:19-md-2903); (b) your full name, current residential address, mailing address (if different), telephone number, and email address; (c) an explanation of why you think you are a Settlement Class Member, including the model of the RNPS, the place of purchase, the Purchase Price, and whether the RNPS is currently owned by the Settlement Class Member; (d) a clear statement communicating that you elect to be "excluded" from the Settlement; and (e) *your dated, handwritten signature (an electronic signature or attorney's signature is not sufficient)*.

All Requests for Exclusion must be submitted, signed, and mailed to the Settlement Administrator and postmarked no later than **December 30, 2024** to:

<div align="center">

Settlement Administrator – 83052
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

</div>

If you return a late Request for Exclusion, the request will be deemed invalid, and you will remain a member of the Settlement Class and will be bound by all of the terms of the Settlement and by all subsequent proceedings, orders, and judgments, including, but not limited to, the Release, Final Judgment, and Final Approval Order in the Action.

<div align="center">

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

</div>

Your letter with your Request for Exclusion must be postmarked no later than **December 30, 2024**, to be considered by the Court. The deadlines found in this Notice may be changed by the Court. Please check **www.FisherPriceRockNPlaySettlement.com** regularly for updates regarding the Settlement.

**YOU CANNOT EXCLUDE YOURSELF BY TELEPHONE OR BY SENDING AN EMAIL.**

**DO NOT SUBMIT BOTH A CLAIM FORM AND A REQUEST FOR EXCLUSION. IF YOU SUBMIT BOTH A CLAIM FORM AND A REQUEST FOR EXCLUSION, YOUR CLAIM FORM WILL BE DISREGARDED.**

# E.    OBJECTING TO THE SETTLEMENT

## 18. How do I tell the Court if I do not like the Settlement?

If you are a Class Member, and you do not exclude yourself from the Settlement Class, you can object to the Settlement, the request for Attorneys' Fees and Expenses and/or the request for Class Representative Service Awards (see **Question 21**), if you wish. To object, you must either (1) submit a written objection electronically with the Court on or before **December 30, 2024**; or (2) mail the written objection to the Clerk of the Court with a postmark dated on or before **December 30, 2024**, with copies provided to Class Counsel and Counsel for Defendants.

For an objection to be considered by the Court, your objection must include: (a) the case name and number of the Action (*In Re: Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 1:19-md-2903); (b) your full name, current residential address, mailing address (if different), telephone number, and email address; (c) an explanation of why you believe you are a Settlement Class Member, including the model of your Rock 'n Play Sleeper, the place of purchase, the Purchase Price, and whether you currently own the Product; (d) whether your objection applies only to yourself, to a specific subset of the Settlement Class or to the entire Settlement Class, and all grounds for the objection, accompanied by any legal support for the objection, and any documents or other evidence you believe supports your objection; (e) the number of times you objected to a class action settlement within the last five years, the caption and case number of each case in which you made such an objection and the caption and case number of any related appeal, and a copy of any orders related to or ruling upon your prior such objections that were issued by the trial and appellate courts in each listed case; (f) the full name, telephone number, mailing address, and email address of any and all lawyers who represent you in connection with the objection, including any former or current lawyers who may be entitled to compensation for any reason related to the objection; (g) the identity of all lawyers who will represent you at the Final Approval Hearing; (h) the number of times your lawyer(s) has objected to a class action settlement within the last five years, and the caption and case number of each case in which the lawyer(s) made such objection and the caption and case number of any related appeal; (i) if you or your lawyer(s) have not made any such prior objection, please so state in the written materials provided with the objection; (j) a list of all persons who you or your lawyer(s) intends to call to testify at the Final Approval Hearing in support of the objection; (k) whether you intend to personally appear and/or testify at the Final Approval Hearing; and (l) *your handwritten original signature and date of signature.* Each objection must be personally signed by you (an electronic signature or attorney's signature is not sufficient).

If you fail to comply with all the requirements for properly filing an objection, you shall be deemed to have waived and forfeited any and all rights you may have to appear separately and object, whether by a subsequent objection, intervention, appeal, or any other process, and shall be bound by all the terms of the Settlement Agreement and by all proceedings, orders and judgments, including, but not limited to, the Release, the Final Approval Order, and the Final Judgment in the Action.

Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.
Please continue to check the Settlement Website as it will be periodically updated.
PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT
16

If not electronically filed, objections must be mailed with a postmark date no later than **December 30, 2024** to:

> Clerk of Court
> United States District Court
> Western District of New York
> 2 Niagara Square
> Buffalo, New York 14202-3498
> Re: *In Re: Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 1:19-md-2903

> Demet Basar
> James Eubank
> Paul Evans
> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
> 218 Commerce Street
> Montgomery, Alabama 36104
> Tel.: (800) 898-2034

> Matthew P. Kanny
> **GOODWIN PROCTER LLP**
> 520 Broadway Street, Suite 500
> Santa Monica, California 90401
> Tel: (424) 436-3001

You will not be excluded from the Settlement by filing an objection. If you have submitted a Request for Exclusion from the Settlement, you cannot file an objection.

## 19. What is the difference between objecting and excluding?

Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the Settlement no longer affects you. Objecting is telling the Court that you do not like something about the Settlement, the requested Attorneys' Fees and Expenses, and/or Class Representatives' Service Awards. You can object only if you stay in the Settlement Class.

If you are a Settlement Class Member and you do nothing, you will remain a Settlement Class Member and all of the Court's orders will apply to you, and you will not be able to sue Defendants over the issues in the lawsuit.

# F.    THE LAWYERS REPRESENTING YOU

## 20. Do I Have Lawyers In This Case?

Yes. The Court has appointed lawyers to represent you and other Settlement Class Members. These lawyers are

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**
17

Demet Basar, James Eubank and Paul Evans and are called "Class Counsel." Their contact information is as follows:

> Demet Basar
> James Eubank
> Paul Evans
> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
> 218 Commerce Street
> Montgomery, Alabama 36104
> Tel.: (800) 898-2034
> Email: Demet.Basar@BeasleyAllen.com
> Email: James.Eubank@BeasleyAllen.com
> Email: Paul.Evans@BeasleyAllen.com

If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own expense.

## 21. How will the lawyers be paid?

The law firms that worked on this lawsuit will ask the Court for attorneys' fees, in an amount up to $5,320,000, which represents 28% of the Settlement Fund, and expenses in an amount up to $825,000.

Class Counsel will also ask the Court to award Class Representative Service Awards in an amount of $3,500 for each of the 21 Class Representatives who assisted in the prosecution of this case, participated in discovery, and were deposed.

The Court must approve the request for Attorneys' Fees and Expenses and the request for Class Representative Service Awards. Class Counsel will file the motion for Attorneys' Fees and Expenses and the request for Class Representative Service Awards with the Court, which will then be posted on the Settlement Website.

No order of the Court, or modification or reversal or appeal of any order of the Court, concerning the amount(s) of any Attorneys' Fees and Expenses awarded by the Court to Class Counsel, or concerning the amounts of any Class Representative Service Awards that are awarded by the Court to Class Representatives, shall affect whether the Final Order and Final Judgment are final and shall not constitute grounds for cancellation or termination of the Settlement.

# G.    THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to grant final approval of the Settlement and to consider the request for Attorneys' Fees and Expenses, and Class Representative Service Awards. If you have filed a timely objection and attend the hearing, you may ask to speak (provided you have previously filed a timely notice of intention to appear), but you do not have to attend or speak.

## 22. When and where will the Court decide whether to grant final approval of the Settlement?

The Court will hold a Final Approval Hearing at **10:00 a.m. ET** on **January, 28, 2025,** at the United States District Courthouse, Western District of New York, Buffalo, New York. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to approve the request for Attorneys' Fees and Expenses, and the request for Class Representative Service Awards. If there are objections, the Court will

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

18

consider them. The Court will only listen to people who have <u>met the requirement</u> to speak at the hearing (*see* **Question 24** below). After the hearing, the Court will decide whether to grant final approval of the Settlement, and, if so, how much to pay the lawyers representing Class Members and the Class Representatives. We do not know how long these decisions will take. The Court may reschedule the Final Approval Hearing, so check the Settlement Website periodically for further updates.

## 23. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. But you and/or your attorney may appear at your own expense. If you submit an objection, you do not have to come to Court to talk about it – but you can if you provide advance notice of your intention to appear (*see* **Questions 18 and 24**). As long as you filed a timely written objection with all of the required information with the Court, the Court will consider it. You may also pay another lawyer to attend, but it is not required.

## 24. May I speak at the hearing?

You or your attorney may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter saying that it is your "Notice of Intent to Appear" to the Clerk of Court so that it is received and filed no later than **December 30, 2024.** You must include your name, address, telephone number, the identity of all counsel representing the objector, if any, who will appear at the Final Approval Hearing, and your handwritten signature. Anyone who has requested permission to speak must be present at the start of the Final Approval Hearing at **10:00 a.m. ET** on **January 28, 2025.** You cannot speak at the hearing if you excluded yourself from the Class.

# H.   GETTING MORE INFORMATION

## 25. How do I get more information?

This Class Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement and other documents and information about the Settlement at **www.FisherPriceRockNPlaySettlement.com.** You may also contact the Settlement Administrator with questions by calling toll-free **(833) 522-3524** or by visiting the 'Contact Us' page at the Settlement Website, **www.FisherPriceRockNPlaySettlement.com**. Requests to update your current address information or to receive a Claim Form can also be made on the Settlement Website. If you have unresolved questions after contacting the Settlement Administrator, you may contact Class Counsel at the email addresses and phone number provided in **Question 20**.

## 26. When will the Settlement be final?

The Settlement will not be final unless and until the Court grants final approval of the Settlement at or after the Final Approval Hearing and after any appeals are resolved in favor of the Settlement. Please be patient and check the Settlement Website identified in this Class Notice regularly. Please **<u>DO NOT</u>** contact the Court. All questions should be directed to the Settlement Administrator and/or Class Counsel.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

19

# Appendix A

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**
20

## MODELS OF FISHER-PRICE ROCK 'N PLAY SLEEPERS

| Launch Year | Item | Description |
|---|---|---|
| 2009 | R6070 | NEWBORN RNP SLEEPER |
| 2010 | V9102 | RNP SLEEPER - PINK |
| 2010 | V9197 | RNP SLEEPER - CIRCLES |
| 2010 | V9196 | RNP SLEEPER - BUTTERFLY |
| 2011 | W9443 | Newborn Rock n Play Sleeper |
| 2011 | W9442 | RNP Sleeper-Gndr Neutral |
| 2011 | X2532 | RNP SLEEPER - GIRLS |
| 2011 | X3841 | RNP SLEEPER - GIRLS |
| 2011 | X3840 | RNP SLEEPER |
| 2011 | X2897 | DELUXE RNP SLEEPER - MY L |
| 2012 | Y3440 | RNP SLEEPER, EARTHY FLORA |
| 2012 | Y9420 | RNP2 SLEEPER MADRAS |
| 2012 | BBK18 | RNP2 SLEEPER,TAN CIRCLES |
| 2012 | BBF05 | RNP2 SLEEPER,DLX,PLTNM |
| 2012 | X7036 | My Little Snugamonkey Del |
| 2012 | X4397 | My Little Lamb Platinum R |
| 2012 | BBK13 | RNP2 SLEEPER DLX SNGBNNY |
| 2012 | X3842 | Dlx RNP Sleeper-Sugar Plu |
| 2013 | BBK19 | RNP2 SLEEPER,PINK CIRCLES |
| 2013 | BBK17 | RNP2 SLEEPER,GRL GIRAFFE |
| 2013 | BBK16 | RNP2 SLEEPER EARTHY FLRL |
| 2013 | BBK15 | RNP2 SLEEPER GEN NTRL |
| 2013 | BBK14 | RNP2 SLEEPER YELLOW |
| 2013 | BCG44 | RNP3 SLEEPER,GIRLS,BRU |
| 2013 | BCG43 | RNP3 SLEEPER,GN,BRU |
| 2013 | BCT91 | RNP3 SLEEPER, SIG STYLE |
| 2013 | BGB05 | RNP3 SLEEPER,GIRLS |
| 2013 | BGB04 | RNP3 SLEEPER,GEN NTRL |
| 2013 | BHL58 | RNP3 SLEEPER,GIRL |
| 2013 | BHV58 | RNP3 SLEEPER,MADRAS |
| 2013 | BHV57 | RNP3 SLEEPER DUCKY |
| 2013 | BHV56 | RNP3 SLEEPER,PINK GIRAFFE |
| 2013 | BHV55 | RNP3 SLEEPER,YELLOW |
| 2013 | BMC93 | RNP3 SLEEPER,TEAL TEMPO |
| 2013 | BMH13 | FFP RNP SLEEPER, SS |
| 2013 | BMM25 | FFP RNP SLEEPER GN |
| 2013 | BBT59 | RNP3 SLEEPER,DLX,SNUGA |
| 2013 | BHV60 | RNP3 SLEEPER,SWEETIE |
| 2013 | CBC59 | FFP RNP SLEEPER SNUGA |
| 2013 | BHV62 | RNP3 SLEEPER,SNUGABUNNY |
| 2013 | BBK20 | RNP2 SLEEPER,DLX,SNGMNKY |

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

21

| 2013 | BHV63 | RNP3 SLEEPER,DLX,MONKEY |
|------|-------|------------------------|
| 2013 | BHV61 | RNP3 SLEEPER PLATINUM |
| 2013 | BBK11 | RNP2 SLEEPER,DLX,SWEETIE |
| 2013 | BGB20 | DLX RNP SNUGAMONKEY TGT |
| 2013 | BGB03 | DLX SLEEPER SNUGAKITTY |
| 2013 | BMM26 | FFP DLX RNP SLEEPER SWEET |
| 2013 | X7314 | RNP3 SLEEPER,DLX,ML,SNUG |
| 2014 | BGB21 | RNP3 SLEEPER-MADRAS |
| 2014 | BMM97 | RNP3 SLEEPER, LUMINOSITY |
| 2014 | CHP44 | RNP SLEEPER - GIRL WM |
| 2014 | CHP39 | RNP SLEEPER - GN WM |
| 2014 | CHP38 | BASIC RNP GIRL- TGT |
| 2014 | CKF17 | RNP SLEEPER GN-BRU |
| 2014 | CKF13 | RNP SLEEPER GIRL-BRU |
| 2014 | CHN29 | RNP SLEEPER SNUGABEAR-WM |
| 2014 | CBJ22 | RNP3 SLEEPER,SNUGABUG |
| 2014 | BBK12 | RNP2 SLEEPER DLX SGR PLM |
| 2014 | CHX77 | RNP SLEEPER SNUGA - AMZ |
| 2014 | CHN28 | RNP SLEEPER AR-NAT |
| 2014 | CHN21 | RNP SLEEPER AR-TGT |
| 2014 | CHN08 | BASIC RNP W AUTO ROCK GN |
| 2014 | BGB17 | RNP3 SLEEPER DLX LIL LAMB |
| 2014 | CHN19 | RNP SLEEPER AR GN |
| 2014 | CHN22 | RNP SLEEPER AR SAFARI BBB |
| 2015 | CMR03 | RNP SLEEPER |
| 2015 | CMP97 | BASIC RNP SLEEPER |
| 2015 | CMP96 | BASIC RNP SLEEPER |
| 2015 | CLV93 | RNP SLEEPER SNUGA GIRL-WM |
| 2015 | DMK42 | SAM S RNP SLEEPER PALLET |
| 2015 | CMP88 | PLUSH RNP |
| 2015 | DGC01 | RNP3 SLEEPER,DLX,ML,SNUG |
| 2015 | CMP78 | PLUSH RNP |
| 2015 | CMP82 | PLUSH RNP |
| 2015 | DGC30 | RNP SLEEPER AR-NAT |
| 2015 | CMR04 | RNP SLEEPER |
| 2015 | CMP94 | SMART CONNECT RNP |
| 2016 | CLH35 | RNP SLEEPER |
| 2016 | CLH34 | RNP SLEEPER |
| 2016 | DYR04 | CARNIVAL RNP SLEEPER |
| 2016 | DRD29 | BASIC RNP GN |
| 2016 | DRD30 | BASIC RNP GIRL |
| 2016 | DPV74 | DELUXE PLUSH SLEEPER |
| 2016 | DYR02 | AUTO RNP GIRL- TGT |
| 2016 | DVG18 | AR RNP INCR- BBB |

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

22

| 2016 | DMJ23 | RNP SLEEPER AUTO ROCK |
| 2016 | DMJ24 | RNP SLEEPER AUTO ROCK |
| 2016 | DMJ22 | RNP SLEEPER AUTO ROCK |
| 2016 | DNT29 | BASIC RNP SLEEPER |
| 2016 | CMP90 | COMFY CLOUD RNP SLEEPER |
| 2016 | CMP93 | SC PLUSH RNP-BBB |
| 2016 | DNK64 | SC AUTO RNP |
| 2016 | DPV51 | DLX RNP SLEEPER |
| 2016 | FBR67 | PREMIUM RNP - B |
| 2016 | FCF09 | PREMIUM RNP- NAT |
| 2016 | DPN50 | JA RNP SLEEPER |
| 2017 | FMN52 | BASIC RNP SLEEPER A |
| 2017 | DTG90 | BASIC RNP - GIRL |
| 2017 | FMC42 | BASIC RNP GN - A |
| 2017 | DTG89 | BASIC RNP - GN |
| 2017 | FTM98 | BASIC SLEEPER GN EC |
| 2017 | DTG87 | PUPPY PLUSH RNP - GN |
| 2017 | FTX92 | RNP SLEEPER AUTO ROCK FFP |
| 2017 | DTG91 | AUTO ROCK - GIRL |
| 2017 | FTM05 | ARNP SLEEPER GN 1 |
| 2017 | DTG84 | DLX AUTO RNP - GN |
| 2017 | FPH46 | PREMIUM RNP A |
| 2018 | FPX99 | BASIC RNP SLEEPERGIRL BRU |
| 2018 | FPX98 | BASIC RNP SLEEPER -GN BRU |
| 2018 | FPY01 | AUTO RNP SLEEPER GN WMT |
| 2018 | GFJ98 | ARNP - GN |
| 2018 | GHP27 | ARNP - GN |
| 2018 | FXV25 | ARNP SLEEPER |
| 2018 | FWB13 | DELUXE ARNP SLEEPER A |
| 2018 | FXF52 | SC DLX ARNP SLEEPER |
| 2018 | FMC41 | SCARNP PLUSH SLEEPER |
| 2018 | FVL67 | JA RNP SLEEPER |
| 2019 | GGD44 | PUPPY PLUSH RNP - GN FFP |
| 2019 | GGD42 | SC AUTO RNP FFP |

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

23

# Appendix B

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

24

## VII. **RELEASE AND WAIVER**

**A.**      In consideration of the benefits provided to the Settlement Class Members by Defendants as described in this Settlement Agreement, upon the Effective Date, each Settlement Class Member, on his or her own behalf and on behalf of his or her respective predecessors, successors, assigns, assignors, representatives, attorneys, agents, trustees, insurers, heirs, estates, beneficiaries, executors, administrators, and any natural, legal, or juridical person or entity to the extent he, she, or it is or will be entitled to assert any claim on behalf of any Class Member (the "Releasors"), hereby waive and release, forever discharge and hold harmless the Released Parties, and each of them, of and from any and all past, present and future claims, counterclaims, actions, rights or causes of action, liabilities, suits, demands, damages, losses, payments, judgments, debts, dues, sums of money, costs and expenses (including, without limitation, attorneys' fees and costs), accounts, bills, covenants, contracts, controversies, agreements, obligations, or promises, in law or in equity, contingent or non-contingent, known or unknown, suspected or unsuspected, foreseen or unforeseen, matured or unmatured, accrued or unaccrued, liquidated or unliquidated, whether patent or latent, concealed or overt, direct, representative, class or individual in nature, in any forum ("Claims") that the Releasors, and each of them, had, has, or may have in the future arising out of, in any way relating to, or in connection with, the RNPS that were or could have been asserted in the Action, including claims alleging false advertising, breach of implied warranties, Released Parties' statements or omissions or conduct regarding the Recall, and Released Parties' marketing, representations or omissions regarding the RNPS, including relating to the safety, detection or resolution of alleged concerns regarding the RNPS, including unknown claims ("Released Claims"); provided, however, that the Released Claims shall not include claims for wrongful death, personal injury and property damage.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**
25

B.    The Final Approval Order will include this same Release language.

C.    Class Representatives, on behalf of the other Settlement Class Members and through Class Counsel, expressly agree that this Release and the Final Approval Order and Final Judgment is, will be, and may be raised as a complete defense to, and will preclude any action or proceeding encompassed by, this Release.

D.    Class Representatives and Settlement Class Members shall not now or hereafter institute, maintain, prosecute, assert, and/or cooperate in the institution, commencement, filing, or prosecution of any suit, action, and/or proceeding, against the Released Parties, either directly or indirectly, on their own behalf, on behalf of a class or on behalf of any other person or entity with respect to the claims, causes of action and/or any other matters released through this settlement and the Settlement Agreement.

E.    In connection with the Settlement Agreement, Class Representatives, on behalf of themselves and the other Settlement Class Members, acknowledge that they and other Settlement Class Members may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those that they now know or believe to be true concerning the subject matter of the Action and/or the Release herein. Nevertheless, it is the intention of Class Counsel and Class Representatives in executing this Settlement Agreement to fully, finally, and forever settle, release, discharge, and hold harmless all such matters, and all claims relating thereto which exist, hereafter may exist, or might have existed (whether or not previously or currently asserted in any action or proceeding) with respect to the Action and Released Claims, provided, however, that Class Representatives and the other Settlement Class Members are not releasing claims for personal injury, wrongful death or physical property damage from the RNPS.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**

26

F.      In consideration of the benefits provided to the Settlement Class Members by Defendants as described in this Settlement Agreement, upon the Effective Date, Releasors shall further be deemed to have waived and released any and all provisions, rights, and benefits conferred by Section 1542 of the Civil Code of the State of California or similar laws of any other state or jurisdiction to the extent applicable.

SECTION 1542 OF THE CALIFORNIA CIVIL CODE READS:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

G.      Class Representatives represent and warrant that they are the sole and exclusive owners of all claims that they personally are releasing under this Settlement Agreement. Class Representatives further acknowledge that they have not assigned, pledged, or in any manner whatsoever sold, transferred, assigned, or encumbered any right, title, interest, or claim arising out of or in any way whatsoever pertaining to the Action, including, without limitation, any claim for benefits, proceeds, or value under the Action, and that Class Representatives are not aware of anyone other than themselves claiming any interest, in whole or in part, in the individual claims that they are releasing under the Settlement Agreement or in any benefits, proceeds, or values in the individual claims that they are releasing under the Settlement Agreement.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**
27

H.      In consideration for the Settlement Agreement, upon the Effective Date, Mattel and Fisher-Price and their past or present officers, directors, employees, agents, attorneys, predecessors, successors, affiliates, subsidiaries, divisions, successors and assigns shall be deemed to have, and by operation of the Final Approval Order and Final Judgment, shall have released Plaintiffs' Counsel, Class Counsel, and each Class Representative from any and all causes of action that were or could have been asserted pertaining solely to the conduct in filing and prosecuting the litigation or in settling the Action.

I.      Class Representatives, Plaintiffs' Counsel, Class Counsel, and any other attorneys who receive Attorneys' Fees and Expenses from this Settlement Agreement acknowledge that they have conducted sufficient independent investigation and discovery to enter into this Settlement Agreement and, by executing this Settlement Agreement, state that they have not relied upon any statements or representations made by the Released Parties or any person or entity representing the Released Parties, other than as set forth in this Settlement Agreement.

J.      The Parties specifically understand that there may be further pleadings, discovery requests and responses, testimony, or other matters or materials owed by the Parties pursuant to existing pleading requirements, discovery requests, or pretrial rules, procedures, or orders, and that, by entering into this Settlement Agreement and the occurrence of the Effective Date, the Parties expressly waive any right to receive, hear, or inspect such pleadings, testimony, discovery, or other matters or materials.

**Questions? Call toll-free (833) 522-3524 or visit www.FisherPriceRockNPlaySettlement.com.**
**Please continue to check the Settlement Website as it will be periodically updated.**
**PLEASE DO <u>NOT</u> CALL THE JUDGE OR THE CLERK OF COURT**
28

K.     Nothing in this Release shall preclude any action to enforce the terms of the Settlement Agreement in the Court.

L.     The Parties represent and warrant that no promise or inducement has been offered or made for the Releases contained in this Section VII except as set forth in this Settlement Agreement and that the Releases are executed without reliance on any statements or any representations not contained in this Settlement Agreement.

M.     Class Representatives and Class Counsel hereby agree and acknowledge that the provisions of this Release together constitute an essential and material term of the Settlement Agreement and shall be included in any Final Judgment and Final Approval Order entered by the Court.

# Exhibit F

8 3 0 5 2 0 0 0 0 0 0 0

<table>
<tr><td>

**Claims Deadline:**
**April 29, 2025**
or ninety (90) days
after Final Approval,
whichever is later

</td><td>

## Fisher-Price Rock 'N Play Settlement Claim Form

*In Re: Fisher-Price 'N Play Sleeper Marketing, Sales Practices, and*
*Products Liability Litigation,* MDL No. 1:19-md-2903
U.S. District Court Western District Of New York

</td><td>

For Office Use
Only

</td></tr>
</table>

If you would like to file a Claim for a Settlement Payment in the Fisher-Price Rock 'N Play Sleeper ("RNPS") Settlement, please complete and submit this Claim Form in accordance with the instructions below. You may submit a Claim for a Settlement Payment only if you: (1) participated in the April 2019 Recall of the RNPS before September 6, 2024, and received a voucher or a Fisher-Price toy; (2) currently have an RNPS in your possession; or (3) previously purchased a new RNPS but did not participate in the April 2019 Recall.

To determine whether you are a Class Member eligible to make a claim, or for more information regarding the class action settlement, please first visit **www.FisherPriceRockNPlaySettlement.com**. If you still have questions regarding the claims process, call the Settlement Administrator toll-free at **(833) 522-3524**.

For faster claim processing or the option to select an electronic payment method, you may fill out a Claim Form online at **www.FisherPriceRockNPlaySettlement.com**, or you may complete, sign and mail this Claim Form via first-class mail to:

<div align="center">

Settlement Administrator - 83052
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

</div>

Claim Forms submitted by mail will receive any Settlement Payment by physical check.

**If you want to submit a claim for more than one (1) RNPS, you must complete and submit a separate Claim Form for each one.**

Claim Forms must be submitted online or postmarked by **April 29, 2025, or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later**. If you fail to timely and fully complete this Claim Form and submit any required Proof of Purchase and/or Proof of Disablement, your Claim may be denied. If your Claim is denied, you will not receive a Settlement Payment on your Claim. The Settlement Administrator has the right to request verification of eligibility to participate in this Settlement.

**Important**: Keep a copy of your completed Claim Form, as well as any Proof of Purchase and/or Proof of Disablement. Any documents you submit with your Claim Form will not be returned. Do not send original documents.

<div align="center">

**For more information or to submit a Claim Form online, visit**
**www.FisherPriceRockNPlaySettlement.com.**

</div>





8 3 0 5 2 0 0 0 0 0 0 0

| Claims Deadline:<br>**April 29, 2025**<br>or ninety (90) days<br>after Final Approval,<br>whichever is later | **Fisher-Price Rock 'N Play Settlement Claim Form**<br>*In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and*<br>*Products Liability Litigation,* MDL No. 1:19-md-2903<br>U.S. District Court Western District Of New York | For Office Use<br>Only |

## 1. Claimant Information

First Name: _____ Last Name: _____

Address: _____

Address 2: _____

City: _____ State: ____ ____ Zip Code: ____ ____ ____ ____ ____

Current Phone Number: ( ____ ____ ____ ) - ____ ____ ____ - ____ ____ ____ ____

Email: _____@_____

Unique Claimant ID: **8 3 0 5 2** ____ ____ ____ ____ ____ ____ ____ ____

## 2. Did you previously return the RNPS as part of the Recall?

If you returned the hubs to an RNPS as part of the Recall prior to **September 6, 2024**, and received a voucher or a Fisher-Price toy, you will be entitled to receive a Settlement Payment of $10 for each RNPS returned.

☐ **Yes – I previously returned the hub of an RNPS or the RNPS itself as part of the Recall and received a voucher or a Fisher-Price toy.**

If you select 'Yes', you <u>**must**</u> provide the Unique Claimant ID that was included on your Direct Notice in section 1 above. You may then skip directly to section 6.

☐ **No – I did not previously return the hub of an RNPS or the RNPS itself as part of the Recall.**

If you select 'No', move to the next section.

**For more information or to submit a Claim Form online, visit**
**www.FisherPriceRockNPlaySettlement.com.**





8 3 0 5 2 0 0 0 0 0 0 0

## 3.   Do you have the RNPS in your possession?

If you have your RNPS in your possession, you ***must*** provide Proof of Disablement with this Claim Form in order to receive a Settlement Payment. Proof of Disablement means photographs showing, in full, all of the following:

(i)     the liner of the RNPS, detached from the frame and cut along the length of the product from head to toe and along the frame, such that it is no longer attached to the frame;

(ii)    the pad removed from the RNPS and cut so it can no longer be attached to the product;

(iii)   your Unique Claimant ID written in permanent marker on the fabric that has been cut. Your Unique Claimant ID can be found on your Direct Notice or, if you did not receive Direct Notice, provided to you when you registered on the Settlement Website, written in permanent marker on the fabric that has been cut; and

(iv)    the product number and date code on the inside of the hub of the RNPS.

For more information on Proof of Disablement, including written and video step-by-step directions on how to accurately perform and document disablement, please visit **www.FisherPriceRockNPlaySettlement.com**.

☐ **Yes – I have the RNPS in my possession.**
   If you select 'Yes', you ***must*** submit Proof of Disablement with this Claim Form.

        Product Number (5-character code):  _____

        Date Code (7-character code): _____

   **The Date Code and Product Number are located on the inside of one of the hubs.**

☐ **No – I do not have the RNPS in my possession.**
   If you select 'No', did you destroy or discard the Product?

        ☐ **Yes – I attest that I destroyed or discarded the Product.**

        ☐ **No – I did not destroy or discard the Product.**





8 3 0 5 2 0 0 0 0 0 0 0

### 4. Do you have Proof of Purchase?

If you have Proof of Purchase, you may be entitled to a higher Settlement Payment than if you do not. Proof of Purchase means a receipt or order confirmation from a retailer, credit card statement, canceled check, or other reasonable or practicable physical evidence as may be accepted by the Settlement Administrator, that shows the date of purchase and the purchase price of the RNPS. The Proof of Purchase must show the date of purchase and the amount paid for the RNPS. Return the requested documentation with this Claim Form and enter the date of purchase from the documentation below.

☐ **Yes – I have Proof of Purchase.**

If you select 'Yes', you **_must_** submit such proof with this Claim Form and enter the information below:

Purchase Date: ____ ____ / ____ ____ / ____ ____ ____ ____

Purchase Price: $_____

☐ **No – I do not have Proof of Purchase.**

If you select 'No', enter the information below:

Product Name/Model: _____

### 5. If you purchased a Product, did you purchase a new or used Product?

☐ **The Product was purchased new.**

☐ **The Product was purchased used.**

☐ **I did not purchase the Product but received the Product as a gift.**

☐ **I did not purchase the Product or receive the Product as a gift.**

### 6. Affirmation and Signature

By signing and submitting this Claim Form, I affirm under the penalty of perjury of the laws of the United States that the information I am providing is true and correct to the best of my knowledge and belief, I am over the age of 18, and I wish to claim my share of the Settlement Fund.

Signature: _____ Date: ____ ____ / ____ ____ / ____ ____ ____ ____

**For more information or to submit a Claim Form online, visit**
**www.FisherPriceRockNPlaySettlement.com.**







# Exhibit G

**Subject: Reminder - Notice of Rock 'N Play Sleeper Class Action Settlement**

---

**Unique Claimant ID:** <<Refnum>>

On <<Notice Date>>, you were sent a Court-Ordered Legal Notice regarding a $19 million Settlement that was preliminarily approved by the Court in a class action lawsuit against Fisher-Price, Inc. and Mattel, Inc. ("Defendants") concerning the Fisher-Price Rock 'n Play Sleeper ("RNPS"). The lawsuit is called *In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 1:19-md-2903-GWC, pending in the United States District Court for the Western District of New York. The Settlement Class Members include all persons who live in United States, the District of Columbia, Puerto Rico, or any United States territories and/or possessions, and (a) purchased (including to be given as a gift to another Person) or acquired (including by gift) an RNPS, or (b) have an RNPS in their possession. All models of the RNPS are covered by this Settlement.

This email is to remind you that the deadline to submit a claim, if you choose to do so, is **April 29, 2025**, or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later. Currently, the Final Approval Hearing is set on January 28, 2025, at 10:00 a.m. ET at United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202. You may submit your Claim Form online at www.FisherPriceRockNPlaySettlement.com or download and mail your Claim Form to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.

If you are a Settlement Class Member and choose to file a claim, what you are eligible to receive depends on several factors, including when you purchased the RNPS, whether you previously participated in the RNPS Recall, and whether you currently own the RNPS. If you are a current owner, you may be eligible for a cash benefit of between $40 and a full refund if you submit proof that you disabled your product as shown on the video on the settlement website. You may submit a claim for a settlement payment online on the settlement website or by mail in accordance with the instructions on the website.

If you currently own an RNPS, you cannot participate in both the Fisher-Price Recall and the Class Action Settlement.

This is only a summary. If you have questions or want more information about this notice, the lawsuit, the Settlement, and your rights under the Settlement, visit www.FisherPriceRockNPlaySettlement.com, call toll-free **(833) 522-3524**, or write to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.

Please check the settlement website periodically as it will be updated from time to time. Important deadlines may change, including the date of the Final Approval Hearing.

# Exhibit H

**Subject: Reminder - Notice of Rock 'N Play Sleeper Class Action Settlement**

---

**Unique Claimant ID:** <<RefNum>>

On <<Notice Date>>, you were sent a Court-Ordered Legal Notice regarding a $19 million Settlement that was preliminarily approved by the Court in a class action lawsuit against Fisher-Price, Inc. and Mattel, Inc. ("Defendants") concerning the Fisher-Price Rock 'n Play Sleeper ("RNPS"). The lawsuit is called *In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 1:19-md-2903-GWC, pending in the United States District Court for the Western District of New York. The Settlement Class Members include all persons who live in United States, the District of Columbia, Puerto Rico, or any United States territories and/or possessions, and (a) purchased (including to be given as a gift to another Person) or acquired (including by gift) an RNPS, or (b) have an RNPS in their possession. All models of the RNPS are covered by this Settlement.

This email is to remind you that the deadline to submit a claim, if you choose to do so, is **May 29, 2025**, or ninety (90) days after the Court's issuance of the Final Approval Order and Final Judgment, whichever is later. The date of the Final Approval Hearing has been moved and is now set on February 28, 2025, at 10:00 a.m. ET at United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202. You may submit your Claim Form online at **www.FisherPriceRockNPlaySettlement.com** or download and mail your Claim Form to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.

If you are a Settlement Class Member and choose to file a claim, what you are eligible to receive depends on several factors, including when you purchased the RNPS, whether you previously participated in the RNPS Recall, and whether you currently own the RNPS. If you are a current owner, you may be eligible for a cash benefit of between $40 and a full refund if you submit proof that you disabled your product as shown on the video on the settlement website. You may submit a claim for a settlement payment online on the settlement website or by mail in accordance with the instructions on the website.

If you currently own an RNPS, you cannot participate in both the Fisher-Price Recall and the Class Action Settlement.

This is only a summary. If you have questions or want more information about this notice, the lawsuit, the Settlement, and your rights under the Settlement, visit **www.FisherPriceRockNPlaySettlement.com**, call toll-free **(833) 522-3524**, or write to: Settlement Administrator – 83052, c/o Kroll Settlement Administration LLC, PO Box 5324, New York, NY 10150-5324.

Please check the settlement website periodically as it will be updated from time to time. Important deadlines may change, including the date of the Final Approval Hearing.

Exhibit I

Legal Notices
September 24 at 3:57 PM

If you currently own or previously purchased a Fisher-Price Rock 'n Play Sleeper, you could get up to the purchase price from a class action Settlement. If you still have the sleeper, discontinue use immediately. This product has been recalled due to reports of deaths.



Fisher-Price Rock 'n Play Sleeper Settlement

FISHERPRICEROCKNPLAYSETTLEMENT.COM
**Fisher Price Rock 'n Play Sleeper Settlement**
Court Authorized Notice

Learn more

 11

30 comments  115 shares

👍 Like     💬 Comment     ↪ Share



**sleepfullbaby** ✓  10m                    #Sponsored··

Do you own or did you purchase a Fisher-Price Rock 'n Play Sleeper?



This product has been recalled due to reports of deaths.

Discontinue use immediately.

You could get up to the purchase price from a Settlement.

🔗 File a claim now

#FisherPriceSettlement
#RocknPlaySettlement

Send message...


**Kids In Danger**
September 12 ·

If you still have a Fisher-Price Rock 'n Play: They have been recalled, and consumers should take part in this and get the Rock 'n Play out of your homes, childcare centers, and off secondary markets.


**Legal Notices**
September 12 at 2:57 PM · 🌐

If you currently own or previously purchased a Fisher-Price Rock 'n Play Sleeper, you could get up to the purchase price from a class action Settlement. If you ... See more


# Fisher-Price Rock 'n Play Sleeper Settlement

FISHERPRICEROCKNPLAYSETTLEMENT.COM
**Fisher Price Rock 'n Play Sleeper Settlement**

Learn more

  12

3 💬  22 ↗

 Like     💬 Comment      Share


**Kids In Danger**
September 12 at 2:57 PM

If you still have a Fisher-Price Rock 'n Play: They have been recalled, and consumers should take part in this and get the Rock 'n Play out of your homes, childcare centers, and off secondary markets.


**Legal Notices**
September 12 at 2:57 PM · 🌐

If you currently own or previously purchased a Fisher-Price Rock 'n Play Sleeper, you could get up to the purchase price from a class action Settlement. If you ... See more



# Fisher-Price Rock 'n Play Sleeper Settlement

FISHERPRICEROCKNPLAYSETTLEMENT.COM
**Fisher Price Rock 'n Play Sleeper Settlement**

[Learn more]

👍😮😢 12                                    3 💬   22 ↗

  Like          💬 Comment           Share



# Exhibit J

# If you currently own or previously purchased a Fisher Price Rock 'n Play Sleeper, you could get money from a Class Action Settlement



---

NEWS PROVIDED BY
**Kroll Settlement Administration →**
Sep 06, 2024, 14:55 ET

---

*Para ver este aviso en español, visita FisherPriceRockNPlaySettlement.com.*

PHILADELPHIA, Sept. 6, 2024 /PRNewswire-HISPANIC PR WIRE/ -- The following statement is being issued by Kroll Settlement Administration LLC regarding the Fisher Price Rock 'n Play Sleeper Settlement.

**WHAT IS THIS LAWSUIT ABOUT?**

A proposed Settlement has been preliminary approved by the Court in a class action lawsuit against Fisher-Price, Inc. and Mattel, Inc. ("Defendants") concerning the Fisher-Price Rock 'n Play Sleeper ("RNPS"), an inclined infant sleeper, which was recalled by Fisher-Price and the Consumer Product Safety Commission in April 2019 due to reports of infant deaths. The lawsuit is called In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2903, United States District Court for the Western District of New York, and claims that the RNPS is an unsafe sleeping environment for infants.

**If you currently own an RNPS, DO NOT use your product under any circumstances. Instead, please disable your product as shown on the video at www.FisherPriceRockNPlaySettlement.com and follow the instructions to file a Claim Form to receive a cash payment under the Settlement.**

**WHO IS INCLUDED?**

You are included in the settlement as a Settlement Class Member if you live in United States, the District of Columbia, Puerto Rico, or any United States territories and/or possession and (a) you purchased or acquired (including by gift) a RNPS for or on behalf of themselves or to be given as a gift, or (b) you currently have a RNPS in your possession. All models of the RNPS are covered by this Settlement – a full list is available on the website.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement provides $19,000,000.00 to pay approved claims. You can receive cash payments as follows: (1) If you received a voucher or toy for returning a RNPS according to the Recall, you can get $10. (2) If you currently own a RNPS, or you previously purchased a new RNPS, you can get up to the purchase price depending on if you still have the RNPS, the price you paid, if you have proof-of-purchase, and the date product was purchased/manufactured.

**WHAT ARE YOUR RIGHTS?**

- **File a Claim**: You must file a claim to get any money from the Settlement. The **deadline to file a claim is April 29, 2025**. You may file your Claim Form online or download a claim form at **FisherPriceRockNPlaySettlement.com**.
- **Do Nothing:** If you do nothing, you will not receive money, but will be legally bound by decisions of the Court and give up any right to sue for the claims resolved by this settlement.
- **Object:** You can tell the court what you don't like about the Settlement but remain a Settlement Class Member entitled money. The deadline to object is **December 30, 2024**.
- **Exclude Yourself ("Opt-out")**: If you exclude yourself, you will not receive money, but you keep the right to sue for the claims resolved by this settlement. The deadline to exclude yourself is **December 30, 2024**.

For details on how to file a claim, object, or exclude yourself ("opt-out"), visit **FisherPriceRockNPlaySettlement.com** or call **(833) 522-3524**.

**WHEN IS THE FAIRNESS HEARING?**

The Court will hold a hearing on **January 28, 2025**, at 10:00 a.m. ET at United States District Court Western District of New York, 2 Niagara Square, Buffalo, New York 14202-3498 to hear any objections, determin    f the Settlement is fair, and to consider attorney's fees of 28% of the settlement fund, expenses of up

$825,000, and class representative awards of $3,500. The motion for attorneys' fees and expenses, and class representative service awards will be posted to the settlement website after it is filed. Class Members may attend the Hearing, at their own expense, but they aren't required to.

*This is only a summary.* If you have questions or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **FisherPriceRockNPlaySettlement.com**, call **(833) 522-3524**, or write to: Fisher Price Rock N' Play Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324.

SOURCE Kroll Settlement Administration

# Si actualmente posee o compró previamente un Fisher Price Rock 'n Play Sleeper, podría obtener dinero de un Acuerdo de Demanda Colectiva

USA - español ▾

---

**NEWS PROVIDED BY**
**Kroll Settlement Administration →**
Sep 06, 2024, 14:59 ET

---

***Para ver este aviso en español, visite FisherPriceRockNPlaySettlement.com.***

FILADELFIA, 6 de septiembre de 2024 /PRNewswire-HISPANIC PR WIRE/ -- Kroll Settlement Administration LLC emite la siguiente declaración con respecto al Acuerdo de Fisher Price Rock 'n Play Sleeper.

**¿DE QUÉ SE TRATA ESTA DEMANDA?**

Un Acuerdo propuesto ha sido aprobado preliminarmente por el Tribunal en una demanda colectiva contra Fisher-Price, Inc. y Mattel, Inc. ("Demandados") en relación con el durmiente Rock 'n Play Sleeper ("RNPS") de Fisher-Price, un durmiente infantil inclinado, que fue retirado por Fisher-Price y la Comisión de Seguridad de Productos de Consumo en abril de 2019 debido a informes de muertes infantiles. La demanda se llama In Re: Fisher-Price Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2903, Tribunal de Distrito de los Estados Unidos para el Distrito Oeste de Nueva York, y afirma que el RNPS es un entorno de sueño inseguro para los bebés.

**Si actualmente posee un RNPS, NO use su producto bajo ninguna circunstancia. En su lugar, deshabilite su producto como se muestra en el video en www.FisherPriceRockNPlaySettlement.com y siga las instrucciones para presentar un Formulario de reclamación para recibir un pago en efectivo en virtud del Acuerdo.**

## ¿QUIÉN ESTÁ INCLUIDO?

Usted está incluido en el Acuerdo como Miembro de la Clase del Acuerdo si vive en los Estados Unidos, el Distrito de Columbia, Puerto Rico o cualquier territorio y/o posesión de los Estados Unidos y (a) compró o adquirió (incluso por regalo) un RNPS para o en nombre de ellos mismos o para ser dado como regalo, o (b) actualmente tiene un RNPS en su posesión. Todos los modelos del RNPS están cubiertos por este Acuerdo – una lista completa está disponible en el sitio web.

## ¿QUÉ PROPORCIONA EL ACUERDO?

El Acuerdo proporciona $ 19,000,000.00 para pagar las reclamaciones aprobadas. Puede recibir pagos en efectivo de la siguiente manera: (1) Si recibió un cupón o juguete para devolver un RNPS de acuerdo con el Retiro, puede obtener $ 10. (2) Si actualmente posee un RNPS, o si compró previamente un nuevo RNPS, puede obtener hasta el precio de compra dependiendo de si todavía tiene el RNPS, el precio que pagó, si tiene un comprobante de compra y la fecha en que se compró/fabricó el producto.

## ¿CUÁLES SON SUS DERECHOS?

- **Presentar una reclamación**: debe presentar una reclamación para obtener dinero del Acuerdo. La **fecha límite para presentar una reclamación es el 29 de abril de 2025**. Puede presentar su Formulario de reclamación en línea o descargar un formulario de reclamación en **FisherPriceRockNPlaySettlement.com**.
- **No hacer nada:** si no hace nada, no recibirá dinero, pero estará legalmente obligado por las decisiones del Tribunal y renunciará a cualquier derecho a demandar por las reclamaciones resueltas por este acuerdo.
- **Objeto:** Puede decirle al tribunal lo que no le gusta del Acuerdo, pero seguir siendo un Miembro de la Clase del Acuerdo con derecho a dinero. La fecha límite para objetar es el 30 **de diciembre de 2024**.
- **Excluirse ("Opt-out"):** si se excluye, no recibirá dinero, pero conserva el derecho de demandar por los reclamos resueltos por este acuerdo. La fecha límite para excluirse es el 30 **de diciembre de 2024**.

Para obtener detalles sobre cómo presentar una reclamación, objetar o excluirse ("exclusión voluntaria"), visite FisherPriceRockNPlaySettlement.com  o llame al **(833) 522-3524**.

**¿CUÁNDO ES LA AUDIENCIA DE IMPARCIALIDAD?**

El Tribunal celebrará una audiencia el 28 **de enero de 2025**, a las 10:00 a.m. ET en el Tribunal de Distrito de los Estados Unidos del Distrito Oeste de Nueva York, 2 Niagara Square, Buffalo, Nueva York 14202-3498 para escuchar cualquier objeción, determinar si el Acuerdo es justo y considerar los honorarios de abogados del 28 % del fondo del Acuerdo, los gastos de hasta $ 825,000 y las adjudicaciones representativas de la clase de $ 3,500. La moción de honorarios y gastos de abogados, y las adjudicaciones de servicios representativos de la clase se publicarán en el sitio web del acuerdo después de que se presente. Los Miembros de la Clase pueden asistir a la Audiencia, a su propio costo, pero no están obligados a hacerlo.

***Esto es solo un resumen.*** Si tiene preguntas o desea más información sobre esta demanda, el Acuerdo y sus derechos en virtud del Acuerdo, visite FisherPriceRockNPlaySettlement.com, llame al **(833) 522-3524**o escriba a: Fisher Price Rock N' Play Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324.

FUENTE Kroll Settlement Administration

If you currently own or previously purchased a Fisher Price Rock 'n Play Sleeper, you could get money from a Class Action Settlement

Total Exact Matches: **361**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| BENZINGA | Benzinga<br>Online 🖵 **View Release** | United States | Online News Sites & Other Influencers | Financial | 11,940,583 [1] visitors/month |
| KTLA 5 LA'S VERY OWN | KTLA [Los Angeles, CA]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 7,073,654 [1] visitors/month |
| PR Newswire | PR Newswire<br>Online 🖵 **View Release** | Global | PR Newswire | Media & Information | 5,590,155 [1] visitors/month |
| News Channel 8 | WFLA [Tampa, FL]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 4,950,418 [1] visitors/month |
| FOX 8 | WJW-TV FOX-8 [Cleveland, OH]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 4,127,594 [1] visitors/month |
| FOX 59 | WXIN-TV FOX-59 [Indianapolis, IN]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 3,161,353 [1] visitors/month |
| KXAN | KXAN-TV NBC-36 [Austin, TX]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 2,755,722 [1] visitors/month |
| KPLR | KTVI-TV FOX-2 [St. Louis, MO]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 2,367,016 [1] visitors/month |
| CHICAGO'S VERY OWN WGN9 | WGN [Chicago, IL]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 2,152,454 [1] visitors/month |
| FOX 31 2 DENVER'S VERY OWN | KDVR [Denver, CO]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 2,091,917 [1] visitors/month |
| WKRN.COM | WKRN [Nashville, TN]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 2,003,550 [1] visitors/month |
| FOX 5 | KSWB [San Diego, CA]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 1,837,749 [1] visitors/month |
| KRON 4 | KRON [San Francisco, CA]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 1,774,145 [1] visitors/month |
| FOX 8 | WGHP [Greensboro, NC]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 1,653,457 [1] visitors/month |
| PIX 11 NEW YORK'S VERY OWN | WPIX-TV CW-11 [New York, NY]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 1,648,704 [1] visitors/month |
| WAVY.com ON YOUR SIDE | WAVY-TV NBC-10 [Portsmouth, VA]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 1,625,198 [1] visitors/month |

| | | | | |
|---|---|---|---|---|
| FOX 4 | WDAF [Kansas City, MO]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,417,348 [1]<br>visitors/month |
| NBC4i.com | WCMH [Columbus, OH]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,404,208 [1]<br>visitors/month |
| Webull | Webull<br>Online 🖥 **View Release** | United States | Financial Data, Research & Analytics | Financial | 1,326,798 [1]<br>visitors/month |
| abc 8 NEWS | WRIC [Richmond, VA]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,290,843 [1]<br>visitors/month |
| KOIN 6 WATCHING OUT FOR YOU | KOIN-TV CBS-6 [Portland, OR]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,243,184 [1]<br>visitors/month |
| abc4.COM | KTVX [Salt Lake City, UT]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,202,282 [1]<br>visitors/month |
| CBS17.COM LOCAL NEWS THAT MATTERS | WNCN [Raleigh, NC]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,194,115 [1]<br>visitors/month |
| 8 NEWSNOW LAS VEGAS | KLAS-TV CBS-8 [Las Vegas, NV]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,188,973 [1]<br>visitors/month |
| WOODTV8 | WOOD [Grand Rapids, MI]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,147,492 [1]<br>visitors/month |
| OKLAHOMA NEWS 4 | KFOR [Oklahoma City, OK]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,135,961 [1]<br>visitors/month |
| FOX 40 | KTXL [Sacramento, CA]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 1,089,889 [1]<br>visitors/month |
| KRQE LOCAL REPORTING YOU CAN TRUST | KRQE [Albuquerque, NM]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 968,199 [1]<br>visitors/month |
| abc 27 NEWS | WHTM [Harrisburg, PA]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 964,259 [1]<br>visitors/month |
| NEWS 8 wtnh.com | WTNH [New Haven, CT]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 958,827 [1]<br>visitors/month |
| WKBN 27 FIRST NEWS | WKBN-TV CBS-27 [Youngstown, OH]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 917,545 [1]<br>visitors/month |
| 6 WATE.com | WATE [Knoxville, TN]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 906,136 [1]<br>visitors/month |
| 22 WWLP.com Working for You | WWLP-TV NBC-22 [Springfield, MA]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 895,235 [1]<br>visitors/month |
| NEWS 3 WREG MEMPHIS | WREG [Memphis, TN]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 850,584 [1]<br>visitors/month |
| WPRI.COM 12 | WPRI/WNAC [Providence, RI]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 787,926 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WDTN/WBDT [Dayton, OH]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 711,490 [1]<br>visitors/month |
| **The Times of Northwest Indiana, Munster, Indiana** | The Times of Northwest Indiana, Munster, Indiana<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 704,475 [1]<br>visitors/month |
| KHON [Honolulu, HI]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 643,996 [1]<br>visitors/month |
| KSNW [Wichita, KS]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 604,897 [1]<br>visitors/month |
| WANE [Fort Wayne, IN]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 595,453 [1]<br>visitors/month |
| WBRE/WYOU [Wilkes-Barre, PA]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 595,400 [1]<br>visitors/month |
| WFRV [Green Bay, WI]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 588,841 [1]<br>visitors/month |
| WIVB [Buffalo, NY]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 577,087 [1]<br>visitors/month |
| WROC/WUHF/WZDX [Rochester, NY]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 573,570 [1]<br>visitors/month |
| **The Buffalo News, Buffalo, New York** | The Buffalo News, Buffalo, New York<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 554,758 [1]<br>visitors/month |
| WTEN/ WXXA-TV [Albany, NY]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 533,897 [1]<br>visitors/month |
| WJTV-TV CBS-12 [Jackson, MS]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 529,935 [1]<br>visitors/month |
| KSNT-TV NBC-27 [Topeka, KS]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 516,197 [1]<br>visitors/month |
| KELO [Sioux Falls, SD]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 515,945 [1]<br>visitors/month |
| KARK-TV NBC-4 [Little Rock, AR]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 502,328 [1]<br>visitors/month |
| WHNT [Huntsville, AL]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 499,355 [1]<br>visitors/month |
| WJHL-TV/ABC Tri-Cities [Johnson City, TN]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 447,964 [1]<br>visitors/month |
| WSYR-TV ABC-9 NewsChannel [Syracuse, NY]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 438,087 [1]<br>visitors/month |
| WBOY [Clarksburg, WV]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 420,890 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KGET [Bakersfield, CA]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 408,123 [1]<br>visitors/month |
| WTRF [Wheeling, WV]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 406,388 [1]<br>visitors/month |
| WKRG [Mobile, AL]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 406,110 [1]<br>visitors/month |
| KTSM [El Paso, TX]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 377,752 [1]<br>visitors/month |
| WHO-TV NBC-13 [Des Moines, IA]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 377,347 [1]<br>visitors/month |
| WTAJ [Altoona, PA]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 354,846 [1]<br>visitors/month |
| WBTW [Myrtle Beach, SC]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 353,827 [1]<br>visitors/month |
| WJZY-TV FOX-46 [Charlotte, NC]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 350,046 [1]<br>visitors/month |
| WSPA/WYCW [Spartanburg, SC]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 335,202 [1]<br>visitors/month |
| WDEL-FM 101.7 [Wilmington, DE]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 329,908 [1]<br>visitors/month |
| WLNS-TV CBS-6 [Lansing, MI]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 314,249 [1]<br>visitors/month |
| KXRM [Colorado Springs, CO]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 313,103 [1]<br>visitors/month |
| WDVM-TV IND-25 [Washington, DC]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 312,370 [1]<br>visitors/month |
| WQRF/WTVO [Rockford, IL]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 301,671 [1]<br>visitors/month |
| **WBOC TV 16, Salisbury, Maryland** WBOC TV 16, Salisbury, Maryland<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 298,776 [1]<br>visitors/month |
| KVEO-TV CBS-4 [Harlingen, TX]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 278,191 [1]<br>visitors/month |
| WCBD-TV NBC-2 [Charleston, SC]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 269,817 [1]<br>visitors/month |
| KNWA/KFTA [Fayetteville, AR]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 263,841 [1]<br>visitors/month |
| WMBB-TV ABC-13 [Panama City, FL]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 262,856 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WNCT [Greenville, NC]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 259,227 [1]<br>visitors/month |
| KLFY [Lafayette, LA]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 257,035 [1]<br>visitors/month |
| WCIA-TV CBS 3 [Champaign, IL]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 246,019 [1]<br>visitors/month |
| WEHT/WTVW [Evansville, IN]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 240,192 [1]<br>visitors/month |
| KLRT-TV FOX-16 [Little Rock, AR]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 239,657 [1]<br>visitors/month |
| WJET-TV ABC-24 / WFXP-TV FOX-44 [Erie, PA]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 234,736 [1]<br>visitors/month |
| **The Daily Gazette, Schenectady, New York**<br>The Daily Gazette, Schenectady, New York<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 230,331 [1]<br>visitors/month |
| KAMC/KLBK<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 228,858 [1]<br>visitors/month |
| WIAT [Birmingham, AL]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 226,136 [1]<br>visitors/month |
| KOLR/KOZL [Springfield, MO]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 225,579 [1]<br>visitors/month |
| WSAV [Savannah, GA]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 224,244 [1]<br>visitors/month |
| WJBF [Augusta, GA]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 215,384 [1]<br>visitors/month |
| KSEE/KGPE [Fresno, CA]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 213,602 [1]<br>visitors/month |
| KREX/KFQX/KGJT [Grand Junction, CO]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 212,160 [1]<br>visitors/month |
| KSNF/KODE [Joplin, MO]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 204,535 [1]<br>visitors/month |
| WDKY-TV FOX-56 [Lexington, KY]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 202,464 [1]<br>visitors/month |
| **The Times-Tribune, Scranton, Pennsylvania**<br>The Times-Tribune, Scranton, Pennsylvania<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 202,278 [1]<br>visitors/month |
| WOWK-TV CBS-13 [Charleston, WV]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 196,434 [1]<br>visitors/month |
| WFXR [Roanoke, VA]<br>Online 🖳 **View Release** | United States | Broadcast Media | Media & Information | 193,143 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
|  | WVNS [Beckley, WV]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 188,374 [1]<br>visitors/month |
| **The Berkshire Eagle, Pittsfield, Massachusetts** | The Berkshire Eagle, Pittsfield, Massachusetts<br>Online ☐  **View Release** | United States | Newspaper | Media & Information | 188,246 [1]<br>visitors/month |
|  | The Sun Chronicle [North Attleboro, MA]<br>Online ☐  **View Release** | United States | Newspaper | Media & Information | 187,242 [1]<br>visitors/month |
|  | WVLA [Baton Rouge, LA]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 185,550 [1]<br>visitors/month |
|  | WETM-TV NBC-18 [Elmira, NY]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 185,396 [1]<br>visitors/month |
| **The Post-Star, Glens Falls, New York** | The Post-Star, Glens Falls, New York<br>Online ☐  **View Release** | United States | Newspaper | Media & Information | 181,871 [1]<br>visitors/month |
|  | KTAB/KRBC [Abilene, TX]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 173,007 [1]<br>visitors/month |
|  | KLST/KSAN [San Angelo, TX]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 161,621 [1]<br>visitors/month |
|  | WMBD-TV CBS 31 / WYZZ-TV FOX 43 [Peoria, IL]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 158,680 [1]<br>visitors/month |
|  | KIAH [Houston, TX]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 148,298 [1]<br>visitors/month |
|  | KETK-TV FOX-51 [Tyler, TX]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 148,244 [1]<br>visitors/month |
|  | KXMA/KXMB [Bismark, ND]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 147,477 [1]<br>visitors/month |
|  | WRBL [Columbus, GA]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 146,017 [1]<br>visitors/month |
|  | WGNO [New Orleans, LA]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 143,757 [1]<br>visitors/month |
|  | KTAL-TV NBC-6 [Shreveport, LA]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 129,326 [1]<br>visitors/month |
| **The Citizens' Voice, Wilkes-Barre, Pennsylvania** | The Citizens' Voice, Wilkes-Barre, Pennsylvania<br>Online ☐  **View Release** | United States | Newspaper | Media & Information | 126,789 [1]<br>visitors/month |
| **The Exponent, West Lafayette, Indiana** | The Exponent, West Lafayette, Indiana<br>Online ☐  **View Release** | United States | Newspaper | Media & Information | 126,339 [1]<br>visitors/month |
| **Olean Times Herald, Olean, New York** | Olean Times Herald, Olean, New York<br>Online ☐  **View Release** | United States | Newspaper | Media & Information | 117,174 [1]<br>visitors/month |
|  | WDHN-TV ABC [Webb, AL]<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 115,747 [1]<br>visitors/month |
|  | Myhighplains<br>Online ☐  **View Release** | United States | Broadcast Media | Media & Information | 115,022 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| **The Laconia Daily Sun, Laconia, New Hampshire** | The Laconia Daily Sun, Laconia, New Hampshire<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 112,720 [1] visitors/month |
| Texomas homepage.com | KFDX-TV NBC-3 / KJTL-TV FOX-18 [Wichita Falls, TX]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 110,572 [1] visitors/month |
| my Wabash Valley.com | WTWO-TV NBC-2/WAWV-TV ABC-38 MyWabashValley [Terre Haute IN]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 109,718 [1] visitors/month |
| **The Caledonian-Record, St. Johnsbury, Vermont** | The Caledonian-Record, St. Johnsbury, Vermont<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 105,481 [1] visitors/month |
| iQuadCities .com | QuadCities WHBF-TV CBS-4 / KLJB-TV FOX-18 [Rock Island, IL]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 104,235 [1] visitors/month |
| Albert Lea Tribune | Albert Lea Tribune [Albert Lea, MN]<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 102,700 [1] visitors/month |
| **Republican Herald, Pottsville, Pennsylvania** | Republican Herald, Pottsville, Pennsylvania<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 101,455 [1] visitors/month |
| FOX 40 WICZ-TV BINGHAMTON | WICZ-TV FOX-40 [Binghamton, NY]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 95,304 [1] visitors/month |
| **Rome Sentinel, Rome, New York** | Rome Sentinel, Rome, New York<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 92,721 [1] visitors/month |
| FOX 44 NEWS | KWKT-TV FOX-44 / KYLE-TV MyNetworkTV [Woodway, TX]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 89,889 [1] visitors/month |
| YOUR NEWS NOW 04 | WTTV [Indianapolis, IN]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 88,542 [1] visitors/month |
| myarklamiss.com | KARD/KTVE [West Monroe, LA]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 87,229 [1] visitors/month |
| SIOUXLAND Proud | KCAU-TV ABC-9 Siouxland Proud [Sioux City, IA]<br>Online ☐ **View Release** | United States | Broadcast Media | Media & Information | 85,131 [1] visitors/month |
| **Queens Chronicle, Queens, New York** | Queens Chronicle, Queens, New York<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 83,215 [1] visitors/month |
| **NNY360, Watertown, New York** | NNY360, Watertown, New York<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 77,243 [1] visitors/month |
| **The Indiana Gazette, Indiana, Pennsylvania** | The Indiana Gazette, Indiana, Pennsylvania<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 76,993 [1] visitors/month |
| Salisbury Post | Salisbury Post<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 76,417 [1] visitors/month |
| The Vicksburg Post | The Vicksburg Post<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 74,321 [1] visitors/month |
| **Brattleboro Reformer, Brattleboro, Vermont** | Brattleboro Reformer, Brattleboro, Vermont<br>Online ☐ **View Release** | United States | Newspaper | Media & Information | 71,937 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| **Finger Lakes Times, Geneva, New York** | Finger Lakes Times, Geneva, New York<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 70,578 [1]<br>visitors/month |
| **The Corry Journal, Corry, Pennsylvania** | The Corry Journal, Corry, Pennsylvania<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 69,186 [1]<br>visitors/month |
| **The Keene Sentinel, Keene, Wyoming** | The Keene Sentinel, Keene, Wyoming<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 67,331 [1]<br>visitors/month |
| **Bennington Banner, Bennington, Vermont** | Bennington Banner, Bennington, Vermont<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 67,066 [1]<br>visitors/month |
| **Southern Maryland News, Prince Frederick, Maryland** | Southern Maryland News, Prince Frederick, Maryland<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 65,255 [1]<br>visitors/month |
|  | WFFF-TV FOX 44 / WVNY-TV ABC-22 [Colchester, VT]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 64,949 [1]<br>visitors/month |
|  | KMID/KPEJ [Odessa, TX]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 63,556 [1]<br>visitors/month |
| **Times Argus, Barre, Vermont** | Times Argus, Barre, Vermont<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 62,365 [1]<br>visitors/month |
| **Rutland Herald, Rutland, Vermont** | Rutland Herald, Rutland, Vermont<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 62,242 [1]<br>visitors/month |
|  | WBGH/WIVT [Binghamton, NY]<br>Online 🖥 **View Release** | United States | Broadcast Media | Media & Information | 61,850 [1]<br>visitors/month |
| **The Daily News Online, Batavia, New York** | The Daily News Online, Batavia, New York<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 60,000 [1]<br>visitors/month |
|  | Natchez Democrat<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 58,441 [1]<br>visitors/month |
|  | LaGrange Daily News<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 56,768 [1]<br>visitors/month |
| **The Citizen, Auburn, New York** | The Citizen, Auburn, New York<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 55,086 [1]<br>visitors/month |
| **The Westerly Sun, Westerly, Rhode Island** | The Westerly Sun, Westerly, Rhode Island<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 54,602 [1]<br>visitors/month |
| **The Journal Gazette, Fort Wayne, Indiana** | The Journal Gazette, Fort Wayne, Indiana<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 54,246 [1]<br>visitors/month |
| **Times Bulletin, Van Wert, Ohio** | Times Bulletin, Van Wert, Ohio<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 50,403 [1]<br>visitors/month |
|  | Magnolia State Live<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 49,450 [1]<br>visitors/month |
| **The Courier-Express, DuBois, Pennsylvania** | The Courier-Express, DuBois, Pennsylvania<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 47,284 [1]<br>visitors/month |
| **The Progress News, Clearfield, Pennsylvania** | The Progress News, Clearfield, Pennsylvania<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 47,196 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Austin Daily Herald | Austin Daily Herald<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 44,697 [1]<br>visitors/month |
| Port Arthur News | Port Arthur News<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 44,688 [1]<br>visitors/month |
| **Gettysburg Times, Gettysburg, Pennsylvania** | Gettysburg Times, Gettysburg, Pennsylvania<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 44,098 [1]<br>visitors/month |
| CW33 goood fun | KDAF-TV CW-33 [Dallas, TX]<br>Online 💻 **View Release** | United States | Broadcast Media | Media & Information | 43,276 [1]<br>visitors/month |
| THE OXFORD EAGLE | The Oxford Eagle<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 43,012 [1]<br>visitors/month |
| SHELBY COUNTY REPORTER | Shelby County Reporter<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 42,651 [1]<br>visitors/month |
| DAILY NEWS | Washington Daily News<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 42,418 [1]<br>visitors/month |
| INFORMNNY | WWTI-TV ABC-50 [Watertown, NY]<br>Online 💻 **View Release** | United States | Broadcast Media | Media & Information | 40,557 [1]<br>visitors/month |
| LeaderPublications | Leader Publications<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 38,712 [1]<br>visitors/month |
| Suffolk News-Herald | The Suffolk News-Herald<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 37,147 [1]<br>visitors/month |
| **Lake County News, Lake County, California** | Lake County News, Lake County, California<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 36,594 [1]<br>visitors/month |
| **Standard-Speaker, Hazleton, Pennsylvania** | Standard-Speaker, Hazleton, Pennsylvania<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 35,339 [1]<br>visitors/month |
| WKBN 27 FIRST NEWS | WYTV-TV ABC-33 [Youngstown, OH]<br>Online 💻 **View Release** | United States | Broadcast Media | Media & Information | 34,370 [1]<br>visitors/month |
| troymessenger.com | The Troy Messenger<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 32,734 [1]<br>visitors/month |
| **Tioga Publishing, Wellsboro, Pennsylvania** | Tioga Publishing, Wellsboro, Pennsylvania<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 32,277 [1]<br>visitors/month |
| **The Conway Daily Sun, North Conway, New Hampshire** | The Conway Daily Sun, North Conway, New Hampshire<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 30,757 [1]<br>visitors/month |
| **The Bradford Era, Bradford, Pennsylvania** | The Bradford Era, Bradford, Pennsylvania<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 30,099 [1]<br>visitors/month |
| Tribune.com | Ironton Tribune<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 30,067 [1]<br>visitors/month |
| **The Madison Courier, Madison, Indiana** | The Madison Courier, Madison, Indiana<br>Online 💻 **View Release** | United States | Newspaper | Media & Information | 29,912 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| The Winchester Sun | Winchester Sun<br>Online □  View Release | United States | Newspaper | Media & Information | 29,604 [1]<br>visitors/month |
| **Leader Times, Kittanning, Pennsylvania** | Leader Times, Kittanning, Pennsylvania<br>Online □  View Release | United States | Newspaper | Media & Information | 29,085 [1]<br>visitors/month |
| **The Sentinel, Carlisle, Pennsylvania** | The Sentinel, Carlisle, Pennsylvania<br>Online □  View Release | United States | Newspaper | Media & Information | 28,673 [1]<br>visitors/month |
| **The New Britain Herald, New Britain, Connecticut** | The New Britain Herald, New Britain, Connecticut<br>Online □  View Release | United States | Newspaper | Media & Information | 28,426 [1]<br>visitors/month |
| Outlook | Alexander City Outlook<br>Online □  View Release | United States | Newspaper | Media & Information | 27,957 [1]<br>visitors/month |
| Elizabethton Star | Elizabethton Star<br>Online □  View Release | United States | Newspaper | Media & Information | 27,712 [1]<br>visitors/month |
| **St. Albans Messenger, St. Albans, Vermont** | St. Albans Messenger, St. Albans, Vermont<br>Online □  View Release | United States | Newspaper | Media & Information | 27,638 [1]<br>visitors/month |
| DAILY LEADER | Daily Leader<br>Online □  View Release | United States | Newspaper | Media & Information | 27,628 [1]<br>visitors/month |
| THE COASTLAND TIMES | The Coastland Times<br>Online □  View Release | United States | Newspaper | Media & Information | 27,348 [1]<br>visitors/month |
| The Farmville Herald | The Farmville Herald<br>Online □  View Release | United States | Newspaper | Media & Information | 26,340 [1]<br>visitors/month |
| **Latrobe Bulletin News, Latrobe, Pennsylvania** | Latrobe Bulletin News, Latrobe, Pennsylvania<br>Online □  View Release | United States | Newspaper | Media & Information | 26,329 [1]<br>visitors/month |
| One News Page | One News Page<br>Online □  View Release | Hong Kong | Information Website | General | 25,811 [1]<br>visitors/month |
| American Press | American Press<br>Online □  View Release | United States | Newspaper | Media & Information | 25,797 [1]<br>visitors/month |
| News-Herald.com | The Roanoke Chowan News Herald<br>Online □  View Release | United States | Newspaper | Media & Information | 24,905 [1]<br>visitors/month |
| L'OBSERVATEUR | L'Observateur<br>Online □  View Release | United States | Newspaper | Media & Information | 23,815 [1]<br>visitors/month |
| **Grants Pass Daily Courier, Grants Pass, Oregon** | Grants Pass Daily Courier, Grants Pass, Oregon<br>Online □  View Release | United States | Newspaper | Media & Information | 23,284 [1]<br>visitors/month |
| State Journal | The State Journal<br>Online □  View Release | United States | Newspaper | Media & Information | 22,214 [1]<br>visitors/month |
| Star-News | The Andalusia Star-News<br>Online □  View Release | United States | Newspaper | Media & Information | 21,829 [1]<br>visitors/month |
| PHL17 | WPHL [Philadelphia, PA]<br>Online □  View Release | United States | Broadcast Media | Media & Information | 21,730 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| **Cecil Daily, Elkton, Maryland** | Cecil Daily, Elkton, Maryland<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 21,502 [1]<br>visitors/month |
| **The Manchester Journal, Manchester, Vermont** | The Manchester Journal, Manchester, Vermont<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 20,786 [1]<br>visitors/month |
| **Salamanca Press, Salamanca, New York** | Salamanca Press, Salamanca, New York<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 20,669 [1]<br>visitors/month |
| | The Wetumpka Herald<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 20,271 [1]<br>visitors/month |
| | Picayune Item<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 19,962 [1]<br>visitors/month |
| | CNYhomepage<br>Online ⬜ View Release | United States | Broadcast Media | Media & Information | 19,868 [1]<br>visitors/month |
| **Ocean City Today, Ocean City, Maryland** | Ocean City Today, Ocean City, Maryland<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 19,866 [1]<br>visitors/month |
| **The Bryan Times, Bryan, Ohio** | The Bryan Times, Bryan, Ohio<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 19,556 [1]<br>visitors/month |
| **Coastal Point, Ocean View, Delaware** | Coastal Point, Ocean View, Delaware<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 18,851 [1]<br>visitors/month |
| | Smithfield Times<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 18,552 [1]<br>visitors/month |
| **The Daily Review, Towanda, Pennsylvania** | The Daily Review, Towanda, Pennsylvania<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 18,243 [1]<br>visitors/month |
| **The Daily News, Huntingdon, Pennsylvania** | The Daily News, Huntingdon, Pennsylvania<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 17,333 [1]<br>visitors/month |
| **The Eagle-Times, Claremont, New Hampshire** | The Eagle-Times, Claremont, New Hampshire<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 17,236 [1]<br>visitors/month |
| | Valley Times-News<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 15,766 [1]<br>visitors/month |
| | The Tryon Daily Bulletin<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 15,732 [1]<br>visitors/month |
| **The News-Item, Shamokin, Pennsylvania** | The News-Item, Shamokin, Pennsylvania<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 15,606 [1]<br>visitors/month |
| | Orange Leader<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 14,811 [1]<br>visitors/month |
| | The Bogalusa Daily News<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 14,593 [1]<br>visitors/month |
| **Oswego County News Now, Oswego County, New York** | Oswego County News Now, Oswego County, New York<br>Online ⬜ View Release | United States | Newspaper | Media & Information | 14,476 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| **Prime Publishers, Waterbury, Connecticut** | Prime Publishers, Waterbury, Connecticut<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 13,640 [1]<br>visitors/month |
| The Greenville Advocate | The Greenville Advocate<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 13,616 [1]<br>visitors/month |
| **The Chronicle, Centralia, Washington** | The Chronicle, Centralia, Washington<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 13,032 [1]<br>visitors/month |
| The Advocate-Messenger | The Advocate-Messenger<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 12,907 [1]<br>visitors/month |
| WIProud | WLAX-TV FOX 28/45 [La Crosse, WI]<br>Online 🖵 **View Release** | United States | Broadcast Media | Media & Information | 12,826 [1]<br>visitors/month |
| **Winchester News Gazette, Winchester, Indiana** | Winchester News Gazette, Winchester, Indiana<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 12,562 [1]<br>visitors/month |
| **The Record-Argus, Greenville, Pennsylvania** | The Record-Argus, Greenville, Pennsylvania<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 11,436 [1]<br>visitors/month |
| The Post Searchlight | The Post-Searchlight<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 11,179 [1]<br>visitors/month |
| **The Sentinel, Lewistown, Pennsylvania** | The Sentinel, Lewistown, Pennsylvania<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 11,152 [1]<br>visitors/month |
| **The Bristol Press, Bristol, Connecticut** | The Bristol Press, Bristol, Connecticut<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 10,515 [1]<br>visitors/month |
| **Morning Times, Sayre, Pennsylvania** | Morning Times, Sayre, Pennsylvania<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 10,508 [1]<br>visitors/month |
| **Buffalo Spree Magazine, Buffalo, New York** | Buffalo Spree Magazine, Buffalo, New York<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 10,466 [1]<br>visitors/month |
| The Jessamine Journal | Jessamine Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 10,261 [1]<br>visitors/month |
| The Stanly News & Press | The Stanly News & Press<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 10,040 [1]<br>visitors/month |
| **The Punxsutawney Spirit, Punxsutawney, Pennsylvania** | The Punxsutawney Spirit, Punxsutawney, Pennsylvania<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 10,002 [1]<br>visitors/month |
| **Malone Telegram, Malone, New York** | Malone Telegram, Malone, New York<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 9,472 [1]<br>visitors/month |
| **The Essex Reporter, Essex, Vermont** | The Essex Reporter, Essex, Vermont<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 9,317 [1]<br>visitors/month |
| **Rock 107, Scranton, Pennsylvania** | Rock 107, Scranton, Pennsylvania<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 8,671 [1]<br>visitors/month |
| ALABAMA NOW | Alabama Now<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 8,444 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| **The Progress Newspaper, Archbold, Ohio** | The Progress Newspaper, Archbold, Ohio<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 8,125 [1] visitors/month |
| **The Pilot News, Plymouth, Indiana** | The Pilot News, Plymouth, Indiana<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 8,090 [1] visitors/month |
| **Rhode Island Central, Rhode Island** | Rhode Island Central, Rhode Island<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 8,038 [1] visitors/month |
| The Charlotte Gazette | The Charlotte Gazette<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,885 [1] visitors/month |
| **The Woonsocket Call, Woonsocket, Rhode Island** | The Woonsocket Call, Woonsocket, Rhode Island<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,861 [1] visitors/month |
| **Northwest Signal, Napoleon, Ohio** | Northwest Signal, Napoleon, Ohio<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,725 [1] visitors/month |
| WNTZ [Alexandria, LA] | WNTZ [Alexandria, LA]<br>Online ▭ **View Release** | United States | Broadcast Media | Media & Information | 7,576 [1] visitors/month |
| The Clanton Advertiser | The Clanton Advertiser<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,551 [1] visitors/month |
| NewsBlaze | NewsBlaze US<br>Online ▭ **View Release** | United States | Online News Sites & Other Influencers | Media & Information | 7,474 [1] visitors/month |
| **The Colchester Sun, Colchester, Vermont** | The Colchester Sun, Colchester, Vermont<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,280 [1] visitors/month |
| **The St. Marys Daily Press, St. Marys, Pennsylvania** | The St. Marys Daily Press, St. Marys, Pennsylvania<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,267 [1] visitors/month |
| DEMOPOLIS TIMES | The Demopolis Times<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,123 [1] visitors/month |
| CLAIBORNE PROGRESS | Claiborne Progress<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 7,057 [1] visitors/month |
| **Wapakoneta Daily News, Wapakoneta, Ohio** | Wapakoneta Daily News, Wapakoneta, Ohio<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,668 [1] visitors/month |
| The Tidewater News | The Tidewater News<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,654 [1] visitors/month |
| **Dundalk Eagle, Dundalk, Maryland** | Dundalk Eagle, Dundalk, Maryland<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,619 [1] visitors/month |
| **Delphos Herald, Delphos, Ohio** | Delphos Herald, Delphos, Ohio<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,619 [1] visitors/month |
| **Newport Daily Express, Newport, Vermont** | Newport Daily Express, Newport, Vermont<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,473 [1] visitors/month |
| Selma Times-Journal | The Selma Times-Journal<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,382 [1] visitors/month |
| **Chagrin Valley Today, Chagrin Falls, Ohio** | Chagrin Valley Today, Chagrin Falls, Ohio<br>Online ▭ **View Release** | United States | Newspaper | Media & Information | 6,027 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| DAVIE COUNTY ENTERPRISE RECORD | Davie County Enterprise Record<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,945 [1]<br>visitors/month |
| SDG Newspapers, Swanton, Ohio | SDG Newspapers, Swanton, Ohio<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,780 [1]<br>visitors/month |
| Putnam County Sentinel, Ottawa, Ohio | Putnam County Sentinel, Ottawa, Ohio<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,701 [1]<br>visitors/month |
| Delmarva Sports Network, Salisbury, Maryland | Delmarva Sports Network, Salisbury, Maryland<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,576 [1]<br>visitors/month |
| Middlesboro News | Middlesboro News<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,515 [1]<br>visitors/month |
| Toledo Legal News, Toledo, Ohio | Toledo Legal News, Toledo, Ohio<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,416 [1]<br>visitors/month |
| Decatur Daily Democrat, Decatur, Indiana | Decatur Daily Democrat, Decatur, Indiana<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,414 [1]<br>visitors/month |
| brewtonstandard.com | The Brewton Standard<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,076 [1]<br>visitors/month |
| Biz570, Pennsylvania | Biz570, Pennsylvania<br>Online ☐ View Release | United States | Newspaper | Media & Information | 5,066 [1]<br>visitors/month |
| The Panolian | The Panolian<br>Online ☐ View Release | United States | Newspaper | Media & Information | 4,484 [1]<br>visitors/month |
| Atmore Advance | The Atmore Advance<br>Online ☐ View Release | United States | Newspaper | Media & Information | 4,302 [1]<br>visitors/month |
| The Penn, Pittsburgh, Pennsylvania | The Penn, Pittsburgh, Pennsylvania<br>Online ☐ View Release | United States | Newspaper | Media & Information | 4,225 [1]<br>visitors/month |
| Ship Inc., Ocean City, Maryland | Ship Inc., Ocean City, Maryland<br>Online ☐ View Release | United States | Newspaper | Media & Information | 4,165 [1]<br>visitors/month |
| Americus Times-Recorder | Americus Times-Recorder<br>Online ☐ View Release | United States | Newspaper | Media & Information | 4,155 [1]<br>visitors/month |
| your BigSky com | KHMT/KSVI [Billings, MT]<br>Online ☐ View Release | United States | Broadcast Media | Media & Information | 3,780 [1]<br>visitors/month |
| The Post & Mail, Columbia City, Indiana | The Post & Mail, Columbia City, Indiana<br>Online ☐ View Release | United States | Newspaper | Media & Information | 3,622 [1]<br>visitors/month |
| THE DISPATCH | Kenbridge Victoria Dispatch<br>Online ☐ View Release | United States | Newspaper | Media & Information | 3,556 [1]<br>visitors/month |
| The Clarion News, Clarion, Pennsylvania | The Clarion News, Clarion, Pennsylvania<br>Online ☐ View Release | United States | Newspaper | Media & Information | 3,483 [1]<br>visitors/month |
| Block Island Times, Block Island, Rhode Island | Block Island Times, Block Island, Rhode Island<br>Online ☐ View Release | United States | Newspaper | Media & Information | 3,398 [1]<br>visitors/month |
| Courier | The Clemmons Courier<br>Online ☐ View Release | United States | Newspaper | Media & Information | 3,335 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | Latin Business Today<br>Online 🖳 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 3,315 [1] visitors/month |
| **Williston Observer, Williston, Vermont** | Williston Observer, Williston, Vermont<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 3,212 [1] visitors/month |
|  | The Interior Journal<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 3,156 [1] visitors/month |
|  | Windsor Weekly<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 3,007 [1] visitors/month |
| **Medina County Life, Medina, Ohio** | Medina County Life, Medina, Ohio<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,853 [1] visitors/month |
| **Kane County Chronicle, St. Charles, Illinois** | Kane County Chronicle, St. Charles, Illinois<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,520 [1] visitors/month |
| **Wyoming County Examiner, Tunkhannock, Pennsylvania** | Wyoming County Examiner, Tunkhannock, Pennsylvania<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,406 [1] visitors/month |
|  | Cordele Dispatch<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,317 [1] visitors/month |
|  | Ada Herald [Ada, OH]<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,256 [1] visitors/month |
| **Massachusetts Nonprofit Network, Boston, Massachusetts** | Massachusetts Nonprofit Network, Boston, Massachusetts<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,213 [1] visitors/month |
| **The Milton Times, Milton, Massachusetts** | The Milton Times, Milton, Massachusetts<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 2,101 [1] visitors/month |
|  | The Tallassee Tribune<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,991 [1] visitors/month |
|  | Gates County Index<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,979 [1] visitors/month |
|  | Leesville Leader<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,783 [1] visitors/month |
|  | Sangri Times<br>Online 🖳 **View Release** | India | Online News Sites & Other Influencers | General | 1,766 [1] visitors/month |
|  | Times of San Diego<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,676 [1] visitors/month |
| **WestLife News, Westlake, Ohio** | WestLife News, Westlake, Ohio<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,530 [1] visitors/month |
|  | Harlan Enterprise<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,524 [1] visitors/month |
|  | Prentiss Headlight<br>Online 🖳 **View Release** | United States | Newspaper | Media & Information | 1,318 [1] visitors/month |

| | | | | |
|---|---|---|---|---|
| Lowndes Signal<br>Online 🖥 **View Release** | Lowndes Signal | United States | Newspaper | Media & Information | 1,274 [1]<br>visitors/month |
| **Sullivan Daily Times, Sullivan, Indiana**<br>Online 🖥 **View Release** | Sullivan Daily Times, Sullivan, Indiana | United States | Newspaper | Media & Information | 1,171 [1]<br>visitors/month |
| **Hemet Valley/Idyllwild Pilot, Hemet, California**<br>Online 🖥 **View Release** | Hemet Valley/Idyllwild Pilot, Hemet, California | United States | Newspaper | Media & Information | 1,098 [1]<br>visitors/month |
| **The Ohio Press Network, Ohio**<br>Online 🖥 **View Release** | The Ohio Press Network, Ohio | United States | Newspaper | Media & Information | 1,078 [1]<br>visitors/month |
| bluegrass live<br>Online 🖥 **View Release** | Bluegrass Live | United States | Newspaper | Media & Information | 1,069 [1]<br>visitors/month |
| **Hartford City News Times, Hartford City, Indiana**<br>Online 🖥 **View Release** | Hartford City News Times, Hartford City, Indiana | United States | Newspaper | Media & Information | 1,044 [1]<br>visitors/month |
| **Minster Community Post, Minster, Ohio**<br>Online 🖥 **View Release** | Minster Community Post, Minster, Ohio | United States | Newspaper | Media & Information | 1,042 [1]<br>visitors/month |
| WNC BUSINESS<br>Online 🖥 **View Release** | WNC Business | United States | Newspaper | Media & Information | 1,019 [1]<br>visitors/month |
| **Ridgway Record, Ridgway, Pennsylvania**<br>Online 🖥 **View Release** | Ridgway Record, Ridgway, Pennsylvania | United States | Newspaper | Media & Information | 1,012 [1]<br>visitors/month |
| ChineseWire<br>Online 🖥 **View Release** | ChineseWire | United States | Online News Sites & Other Influencers | Media & Information | 1,004 [1]<br>visitors/month |
| Ashland<br>Online 🖥 **View Release** | Ashland Town News | United States | Newspaper | Media & Information | 986 [1]<br>visitors/month |
| Journal<br>Online 🖥 **View Release** | Luverne Journal | United States | Newspaper | Media & Information | 964 [1]<br>visitors/month |
| Journals<br>Online 🖥 **View Release** | Holladay Journal | United States | Newspaper | Media & Information | 911 [1]<br>visitors/month |
| **Arundel News, Arundel, Maryland**<br>Online 🖥 **View Release** | Arundel News, Arundel, Maryland | United States | Newspaper | Media & Information | 909 [1]<br>visitors/month |
| Fayetteville Connect<br>Online 🖥 **View Release** | Fayetteville Connect | United States | Newspaper | Media & Information | 810 [1]<br>visitors/month |
| walnut creek MAGAZINE<br>Online 🖥 **View Release** | Walnut Creek Magazine | United States | Newspaper | Media & Information | 805 [1]<br>visitors/month |
| THE CITY Journals<br>Online 🖥 **View Release** | West Jordan Journal | United States | Newspaper | Media & Information | 796 [1]<br>visitors/month |
| GULF&MAIN<br>Online 🖥 **View Release** | Gulf & Main Magazine | United States | Newspaper | Media & Information | 785 [1]<br>visitors/month |
| THE CHILLICOTHE HOMETOWN Voice<br>Online 🖥 **View Release** | The Chillicothe Hometown Voice | United States | Newspaper | Media & Information | 775 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| THE CITY Journals | South Jordan Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 766 [1]<br>visitors/month |
| RSW LIVING | RSW Living Magazine [Sanibel, FL]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 765 [1]<br>visitors/month |
| **Shoals News, Florence AL** | Shoals News, Florence AL<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 754 [1]<br>visitors/month |
| CITYPAPER | Washington City Paper [Washington, DC]<br>Online 🖵 View Release | United States | Newspaper | General | 751 [1]<br>visitors/month |
| Chester County PRESS | Chester County Press<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 692 [1]<br>visitors/month |
| THE CITY Journals | Sugar House Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 675 [1]<br>visitors/month |
| **North East News Journal, North East, Pennsylvania** | North East News Journal, North East, Pennsylvania<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 673 [1]<br>visitors/month |
| THE DAVIS Journal | Davis Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 662 [1]<br>visitors/month |
| THE CITY Journals | Midvale Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 656 [1]<br>visitors/month |
| Columbia Business Monthly | Columbia Business Monthly<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 650 [1]<br>visitors/month |
| THE CITY Journals | Sandy Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 640 [1]<br>visitors/month |
| Norfolk & Wrentham | Norfolk & Wrentham News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 640 [1]<br>visitors/month |
| BEAUREGARD NEWS | Beauregard News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 605 [1]<br>visitors/month |
| SOUTHWEST Daily News | Southwest Daily News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 602 [1]<br>visitors/month |
| Medway & Millis | Medway & Millis News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 593 [1]<br>visitors/month |
| THE CITY Journals | Cottonwood Heights Journal<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 572 [1]<br>visitors/month |
| MBNEWS | MB News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 551 [1]<br>visitors/month |
| Natick | Natick Town News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 543 [1]<br>visitors/month |
| Hopedale | Hopedale Town News<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 538 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Herriman Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 526 [1]<br>visitors/month |
| | Connect Iredell<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 521 [1]<br>visitors/month |
| | Toti.com<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 514 [1]<br>visitors/month |
| | West Valley City Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 493 [1]<br>visitors/month |
| | Franklin Town News<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 492 [1]<br>visitors/month |
| | South Salt Lake Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 477 [1]<br>visitors/month |
| | City Journals<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 470 [1]<br>visitors/month |
| | Cape Coral Living Magazine<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 458 [1]<br>visitors/month |
| | Times of the Islands<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 420 [1]<br>visitors/month |
| | Murray Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 413 [1]<br>visitors/month |
| | Holliston Town News<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 413 [1]<br>visitors/month |
| | Bradfordville Bugle<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 396 [1]<br>visitors/month |
| | Greenville Business Magazine<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 380 [1]<br>visitors/month |
| | Millcreek Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 374 [1]<br>visitors/month |
| | Taylorsville Journal<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 370 [1]<br>visitors/month |
| | Omaha Magazine<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 367 [1]<br>visitors/month |
| | Norwood Town News<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 364 [1]<br>visitors/month |
| | Taos News<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 363 [1]<br>visitors/month |
| **Delmarva Home Show, Salisbury, Maryland** | Delmarva Home Show, Salisbury, Maryland<br>Online 🖵 **View Release** | United States | Newspaper | Media & Information | 346 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| STYLE | Style Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 342 [1]<br>visitors/month |
| BONITA & ESTERO | Bonita & Estero Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 318 [1]<br>visitors/month |
| Hattiesburg.Com | Hattiesburg.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 300 [1]<br>visitors/month |
| eNews Park Forest | eNews Park Forest<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 295 [1]<br>visitors/month |
| PIONEER | The Pioneer<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 259 [1]<br>visitors/month |
| Journals | Draper Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 195 [1]<br>visitors/month |
| Parish News | Parish News [New Orleans, LA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 194 [1]<br>visitors/month |
| FACE MAGAZINE | FACE Magazine<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 103 [1]<br>visitors/month |
| indica news | indica News [San Ramon, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 91 [1]<br>visitors/month |
| Business Class News | Business Class News<br>Online 🖥 View Release | United States | Blog | Media & Information | 91 [1]<br>visitors/month |
| BOREAL | Boreal Community Media<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 78 [1]<br>visitors/month |
| classic 96.7 fm BWZ | WWZW-FM Classic story96.7 [Lexington, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 29 [1]<br>visitors/month |
| Vermilion Photojournal, Vermilion, Ohio | Vermilion Photojournal, Vermilion, Ohio<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| The Valley Advantage, Archbald, Pennsylvania | The Valley Advantage, Archbald, Pennsylvania<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| The Franklin, Franklin, Tennesvee | The Franklin, Franklin, Tennessee<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| San Juan Sun, Espanola, New Mexico | San Juan Sun, Espanola, New Mexico<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| Jackson Township News, Jackson Township, New Jersey | Jackson Township News, Jackson Township, New Jersey<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| IN Whitley County | IN Whitley County [Columbia City, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |

*Data sources: [1] 🔷 similarweb  [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach
*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.

Si actualmente posee o compró previamente un Fisher Price Rock 'n Play Sleeper, podría obtener dinero de un Acuerdo de Demanda Colectiva

Total Exact Matches: **61**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| PR Newswire | PR Newswire<br>Online 🖥 **View Release** | Global | PR Newswire | Media & Information | 5,590,155 [1]<br>visitors/month |
| MUNDIARIO | Mundiario<br>Online 🖥 View Release | Spain | Newspaper | Media & Information | 382,646 [1]<br>visitors/month |
| MUNDIARIO | Mundiario<br>Online 🖥 View Release | Spain | Newspaper | Media & Information | 382,646 [1]<br>visitors/month |
| VICTORIA ADVOCATE | Victoria Advocate [Victoria, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 209,077 [1]<br>visitors/month |
| QUIZAME | Quiza Me<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | General | 20,678 [1]<br>visitors/month |
| **Kilgore News Herald, Kilgore, Texas** | Kilgore News Herald, Kilgore, Texas<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 12,112 [1]<br>visitors/month |
| 94 | La Nueva 94 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 10,934 [1]<br>visitors/month |
| El Zol | El Zol 106.7 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 8,296 [1]<br>visitors/month |
| play 96.5fm | Play 96.5 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 7,320 [1]<br>visitors/month |
| mega tv | Mega TV<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 6,551 [1]<br>visitors/month |
| La Zeta 93 | La Zeta 93.7 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 6,123 [1]<br>visitors/month |
| Zeta 92.3 | Zeta 92.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 5,442 [1]<br>visitors/month |
| LATIN BIZ | Latin Business Hoy<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 3,315 [1]<br>visitors/month |
| Cala | Ismael Cala<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 2,128 [1]<br>visitors/month |
| La Ley 109 | La Ley 107.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 2,072 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| DIARIO HORIZONTE | Diario Horizonte - CT<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 1,780 [1]<br>visitors/month |
| **The Best Times, Memphis, Tennessee** | The Best Times, Memphis, Tennessee<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 1,362 [1]<br>visitors/month |
| CALA | Cala Academy<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 1,320 [1]<br>visitors/month |
| **Eastern Progress, Richmond, Kentucky** | Eastern Progress, Richmond, Kentucky<br>Online 🖥 **View Release** | United States | Newspaper | Media & Information | 1,079 [1]<br>visitors/month |
| Buenos Dias NEBRASKA | Buenos Dias Nebraska<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 931 [1]<br>visitors/month |
| BocaLista | BocaLista<br>Online 🖥 **View Release** | Puerto Rico | Online News Sites & Other Influencers | Multicultural & Demographic | 704 [1]<br>visitors/month |
| UNIVISION KANSAS CITY | Univision Kansas City<br>Online 🖥 **View Release** | United States | Broadcast Media | Multicultural & Demographic | 683 [1]<br>visitors/month |
| família | La Familia de Broward<br>Online 🖥 **View Release** | United States | Magazine | Multicultural & Demographic | 618 [1]<br>visitors/month |
| SEGUROS | SEGUROS, SALUD, PENSIONES & SEGURIDAD<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 548 [1]<br>visitors/month |
| La PRENSA HISPANA | La Prensa Hispana<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 477 [1]<br>visitors/month |
| VidaNueva | Vida Nueva<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 475 [1]<br>visitors/month |
| Número Uno | WZZS-FM 106.9 La Número Uno / WTMY-AM 1280 La Número Uno<br>Online 🖥 **View Release** | United States | Broadcast Media | Multicultural & Demographic | 408 [1]<br>visitors/month |
| UNIVISION MINNESOTA | Univision Minnesota<br>Online 🖥 **View Release** | United States | Broadcast Media | Multicultural & Demographic | 330 [1]<br>visitors/month |
| ahora | Ahora News (New Jersey)<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 318 [1]<br>visitors/month |
| UNIVISION CANADA | Univision Canada<br>Online 🖥 **View Release** | Canada | Broadcast Media | Multicultural & Demographic | 315 [1]<br>visitors/month |
| Mi Ciudad TV | Mi Ciudad Tampa Bay<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 292 [1]<br>visitors/month |
| LA VOZ | La Voz Hispanic News [Pasco, WA]<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 280 [1]<br>visitors/month |
| WEST VIRGINIA LATINO News | West Virginia Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| NEW YORK LATINO News | New York Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |

| | Name | Country | Type | Category | Visitors |
|---|---|---|---|---|---|
| | New Jersey Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| | West Virginia Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| | El Perico<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 260 [1]<br>visitors/month |
| | Montana Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 243 [1]<br>visitors/month |
| | Pennsylvania Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 232 [1]<br>visitors/month |
| | Energía, Industria, Comercio y Minería<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 231 [1]<br>visitors/month |
| | Ismael Cala Foundation<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 226 [1]<br>visitors/month |
| | Gaby Natale<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 222 [1]<br>visitors/month |
| | El Colombiano<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 220 [1]<br>visitors/month |
| | Prensa Mexicana<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 206 [1]<br>visitors/month |
| | Connecticut Hispano News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 206 [1]<br>visitors/month |
| | Hispanic PR Wire<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 205 [1]<br>visitors/month |
| | Washington Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 162 [1]<br>visitors/month |
| | Massachusetts Hispano News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 151 [1]<br>visitors/month |
| | Transporte, Logística & Comercio Internacional<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 148 [1]<br>visitors/month |
| | Hoy en Delaware<br>Online 🖥 **View Release** | United States | Newspaper | Multicultural & Demographic | 148 [1]<br>visitors/month |
| | TeleNews<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 111 [1]<br>visitors/month |
| | Show Continental<br>Online 🖥 **View Release** | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 111 [1]<br>visitors/month |
| | Delaware Latino News<br>Online 🖥 **View Release** | United States | News & Information Service | Multicultural & Demographic | 105 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| ChicaNOL<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 103 [1]<br>visitors/month |
| Geovanny Vicente Romero<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 71 [1]<br>visitors/month |
| Vermont Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| SuperLatina TV<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| Rhode Island Hispano News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Maine Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Kentucky Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Revista MUJERES Internacional<br>Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | Not Available |

*Data sources: [1] ◆ similarweb  [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.

# Exhibit K

# Exclusion List

| Count | First Initial | Last Name |
|-------|---------------|-----------|
| 1 | C | Natalie |
| 2 | M | Ujevich |
| 3 | K | Ford |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |