UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:19-md-2903<br><br>Hon. Geoffrey W. Crawford |

**SUPPLEMENTAL DECLARATION OF PATRICK M. PASSARELLA
OF KROLL SETTLEMENT ADMINISTRATION LLC
IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**

I, Patrick M. Passarella, declare as follows:

**INTRODUCTION**

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration supplements the *Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on February 21, 2025 (the "Initial Declaration"), in order to provide updated information to the Court regarding Requests for Exclusion received by Kroll.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement entered into in this Action.

## EXCLUSIONS AND OBJECTIONS

3. The last day to submit a Request for Exclusion or an objection was February 10, 2025.

4. As of February 26, 2025, Kroll has not received any additional Requests for Exclusions or objections since the filing of the Initial Declaration on February 21, 2025.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on February 26, 2025, in Delaware, Ohio.

_____
PATRICK M. PASSARELLA